AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California



CV 08 1564 SI

| | |
|---|---|
| REMI TAN | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. |
| CITY AND COUNTY OF SAN FRANCISCO | ) |
| Defendant | ) |

## Summons in a Civil Action

To: CITY AND COUNTY OF SAN FRANCISCO
    *(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Russell A. Robinson, 163937 (415) 255-0462
Law Office of Russell A. Robinson, APC
345 Grove Street, First Floor
San Francisco CA 94102

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: MAR 21 2008

HELEN L. ALMACEN
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*