AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

### Northern District of California

| | | |
|---|---|---|
| REMI TAN | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| OFFICER WU (#18) | ) | |
| Defendant | ) | |

**08**

**1564**

**SI**

## Summons in a Civil Action

To:   OFFICER WU (#18)

*(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Russell A. Robinson, 163937 (415) 255-0462
Law Office of Russell A. Robinson, APC
345 Grove Street, First Floor
San Francisco CA 94102

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking

Name of clerk of court

HELEN L. ALMACEN

Date:   **MAR 2 1 2008**

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*