Russell A. Robinson, SBN 163937
Law Office of Russell A. Robinson, APC
345 Grove Street, First Floor
San Francisco CA 94102
Telephone:   415.255.0462
Facsimile:   415.431.4526
e-mail:   rarcases@yahoo.com

Attorneys for Plaintiff
REMI TAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMI TAN, | Case No.   C-08-1564-SI |
| Plaintiffs, | **PROOFS OF SERVICE OF SUMMONS AND COMPLAINT ON ALL NAMED DEFENDANTS** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, ET AL., | [Jury Trial Demanded] |
| Defendants. | |

TO THE CLERK OF THE HONORABLE COURT HEREIN:

PLEASE ACCEPT for filing the attached proofs of service, showing all named defendants have been served with summons, complaint, and related materials.  Dates of service are as follows:

City & County of San Francisco . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . May 19, 2008

Officer Bobby C. Cheung . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . May 19, 2008

Officer Wu . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . May 26, 2008

Date:   May 31, 2008                             /s/ Russell A. Robinson
                                                By:   Russell A. Robinson
                                                Law Office of Russell A. Robinson, APC
                                                Counsel for Plaintiff REMI TAN

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| russell a. robinson, 163937<br>L/O OF RUSSELL ROBINSON<br>345 Grove Street<br>San Francisco, CA 94102<br>TELEPHONE NO.: (415) 255-0462<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: Tan | CASE NUMBER:<br>C-08-1564-SI |
| DEFENDANT/RESPONDENT: City & County of San Francisco, et al | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>08/Tan |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Complaint, Case Management Conference and ADR Deadlines

3. a. Party served: City & County of San Francisco

   b. Person Served: Nydia Gonzalez, Office of Mayor - Person authorized to accept service of process

4. Address where the party was served: 1 Dr. Carleton B. Goodlett City Hall
   San Francisco, CA 94102

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 5/19/2008    (2) at (time): 4:56 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   City & County of San Francisco

   under:    CCP 416.50 (public entity)

7. **Person who served papers**
   a. Name:    Chris Beale
   b. Address:    One Legal - 194-Marin
                  504 Redwood Blvd #223
                  Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 44.00
   e. I am:
       (3) registered California process server.
           (i) Employee or independent contractor.
           (ii) Registration No. 1020
           (iii) County ALAMEDA

**BY FAX**

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 5/20/2008

Chris Beale
(NAME OF PERSON WHO SERVED PAPERS)

*Chris Beale*
(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6662783

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Russell A. Robinson, 163937<br>L/O OF RUSSELL ROBINSON<br>345 Grove Street<br>San Francisco, CA 94102<br>TELEPHONE NO.: (415) 255-0462<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: Tan<br>DEFENDANT/RESPONDENT: City & County of San Francisco, et al. | CASE NUMBER:<br>C-08-1564-SI |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>08/Tan |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons in a Civil Actioin, Complaint, Order Setting Initial Case Management Conference and ADR Deadli

3. a. Party served: Officer Bobby C. Cheung (#208)

   b. Person Served: party in item 3a

4. Address where the party was served: 850 Bryant St Rm#421
   S.F., CA 94103

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 5/19/2008    (2) at (time): 3:45 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. Person who served papers
   a. Name: Chris Beale
   b. Address: One Legal - 194-Marin
      504 Redwood Blvd #223
      Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 108.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No. 1020
         (iii) County ALAMEDA

BY FAX

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 5/20/2008

Chris Beale
(NAME OF PERSON WHO SERVED PAPERS)

*Chris Beale*
(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6662784

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Russell A. Robinson, 163937<br>L/O OF RUSSELL ROBINSON<br>345 Grove Street<br>San Francisco, CA 94102 | (415) 255-0462 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>08/Tan | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

Tan

DEFENDANT:

City & County of San Francisco, et al.

| PROOF OF SERVICE | DATE:<br>7/11/2008 | TIME:<br>2:00 PM | DEPT/DIV:<br>Crtro | CASE NUMBER:<br>C-08-1564-SI |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Summons in a Civil Action, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines

2. Party Served: Officer Wu (#18)

3. Person Served: party in item 2

   a. Left with: Officer, L. Forrestal, Badge #1144- Person in Charge of Office

4. Date & Time of Delivery: 5/26/2008    8:24 PM

5. Address, City and State: 461 Sixth Avenue
   San Francisco, CA 94118

6. Manner of Service: By leaving the copies with or in the presence of Officer, L. Forrestal, Badge #1144, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

**BY FAX**

57.25

Registered California process server.
County: ALAMEDA
Registration No.: 1020

Chris Beale
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 5/27/2008 at Oakland, California.

Signature: *Chris Beale*

Chris Beale

FF# 6662785

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Russell A. Robinson, 163937<br>L/O OF RUSSELL ROBINSON<br>345 Grove Street<br>San Francisco, CA 94102 | (415) 255-0462 | |
| ATTORNEY FOR (Name):  Plaintiff | Ref. No. or File No.<br>08/Tan | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
Tan

DEFENDANT:
City & County of San Francisco, et al.

| PROOF OF SERVICE BY MAIL | DATE:<br>7/11/2008 | TIME:<br>2:00 PM | DEPT/DIV:<br>Crtro | CASE NUMBER:<br>C-08-1564-SI |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 5/27/2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made (if applicable), I mailed copies of the:

Summons in a Civil Action, Complaint; Order Setting Initial Case Management Conference and ADR Deadlines

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

Officer Wu (#18)
461 Sixth Avenue
San Francisco, CA 94118

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

57.25

Lee Major
Chris Beale
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 5/27/2008 at Oakland, California.

*Lee Major* (signature)

Lee Major

FF# 6662785