1  Russell A. Robinson, SBN 163937
   Law Office of Russell A. Robinson, APC
2  345 Grove Street, First Floor
   San Francisco CA 94102
3  Telephone:    415.255.0462
   Facsimile:    415.431.4526
4  e-mail:       rarcases@yahoo.com

5  Attorneys for Plaintiff
   REMI TAN

6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 REMI TAN,                              Case No.      C-08-1564-SI

12         Plaintiffs,                    **CERTIFICATION OF PLAINTIFF'S
                                          INITIAL DISCLOSURES**
13 v.                                     [Jury Trial Demanded]

14 CITY AND COUNTY OF SAN
   FRANCISCO, ET AL.,
15
           Defendants.
16 _____/

17

18     PLAINTIFF REMI TAN, through counsel of record, hereby certifies that on this date he

19 served his initial disclosures, pursuant to FRCivP, Rule 26, including available, non-protected

20 documents. Discovery and investigation continue; therefore, Plaintiff reserves the right to

21 supplement this disclosure as required and necessary.

22

23

24 Date:  June 3, 2008                          /s/ Russell A. Robinson
                                          By:   Russell A. Robinson
25                                              Law Office of Russell A. Robinson, APC
                                                Counsel for Plaintiff REMI TAN
26

27

28

---
CERTIFICATION OF PLAINTIFF'S INITIAL DISCLOSURES