1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  MEGHAN K. HIGGINS, State Bar #235685
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3896
6  Facsimile:    (415) 554-3837
   E-Mail:       Meghan.Higgins@sfgov.org

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
9  OFFICER BOBBY CHEUNG AND OFFICER EDDIE WU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| REMI TAN, | Case No. C 08-1564 (SI) |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE ANSWER TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, OFFICER BOBBY C. CHEUNG (#208), OFFICER WU (#18), and DOES 1-40, | Date Action filed:   March 31, 2008<br>Trial Date:   Not set |
| Defendants. | |

    Pursuant to Local Rule 6-1(a), Plaintiff Remi Tan ("Plaintiff") and Defendants City and County of San Francisco, Officer Bobby Cheung, and Officer Eddie Wu ("Defendants") by and through their attorneys of record, as set forth below, hereby stipulate and agree that City's time to file an answer to Plaintiff's Complaint shall be extended to June 19, 2008.

    IT IS SO STIPULATED.

Dated: June 3, 2008

               DENNIS J. HERRERA
               City Attorney
               JOANNE HOEPER
               Chief Trial Deputy
               MEGHAN K. HIGGINS
               Deputy City Attorneys

By:   /s/
      MEGHAN K. HIGGINS

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
OFFICER BOBBY CHEUNG AND OFFICER EDDIE WU

Dated: June 3, 2008

     RUSSELL A. ROBINSON, Esq.
     Law Offices of Russell A. Robinson, APC

By:   /s/
      RUSSELL A. ROBINSON, Esq.

Attorney for Plaintiff
REMI TAN



IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Stipulation Extending Time to Answer**
**Tan v. City and County of San Francisco, et al.,   C08-1564 SI**
2
n:\lit\li2008\081342\00488167.doc