| | |
|---|---|
| 1 | Russell A. Robinson, SBN 163937 |
| | Law Office of Russell A. Robinson, APC |
| 2 | 345 Grove Street, First Floor |
| | San Francisco CA 94102 |
| 3 | Telephone:    415.255.0462 |
| | Facsimile:    415.431.4526 |
| 4 | e-mail:        rarcases@yahoo.com |
| 5 | Attorneys for Plaintiff |
| | REMI TAN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REMI TAN, | | Case No.    C-08-1564-SI |
| | Plaintiffs, | **NOTICE OF NEED FOR ADR PHONE CONFERENCE** |
| v. | | |
| CITY AND COUNTY OF SAN FRANCISCO, ET AL., | | [Jury Trial Demanded] |
| | Defendants. | |
| _____/ | | |

Counsel report that they have met and conferred regarding ADR and that they request an Early Settlement Conference with a Magistrate Judge.

Date of Case Management Conference: July 11, 2008, at 2:00 p.m.

The following counsel will participate in the ADR phone conference:

Russell A. Robinson, representing Plaintiff, 415.255.0462 (e-mail: rarcases@yahoo.com).

Meghan K. Higgins, Deputy City Attorney, City & County of San Francisco, representing Defendants San Francisco, Chung, and Wu, 415.554.3896 (e-mail: Meghan.Higgins@sfgov.org).

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference.  The ADR Unit (*adr@cand.uscourts.gov*) will notify you of the date and time of*

NOTICE OF NEED FOR ADR PHONE CONFERENCE

1 | *your phone conference.*

2

3 | Date:   June 17, 2008                              /s/ Russell A. Robinson
By:    Russell A. Robinson
4 | Law Office of Russell A. Robinson, APC
Counsel for Plaintiff
5 | REMI TAN

6

7

8 | Date:   June 17, 2008                              /s/ Meghan K. Higgins
By:    Meghan K. Higgins
9 | Deputy City Attorney
City & County of San Francisco
10 | Counsel Defendants
CITY & COUNTY OF SAN FRANCISCO,
11 | OFFICER CHEUNG, AND OFFICER WU

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
NOTICE OF NEED FOR ADR PHONE CONFERENCE