DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
MEGHAN K. HIGGINS, State Bar #235685
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3896
Facsimile:      (415) 554-3837
E-Mail:           Meghan.Higgins@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
OFFICERS CHEUNG AND WU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMI TAN,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, OFFICER BOBBY C. CHEUNG (#208), OFFICER WU (#18), and DOES 1-40,<br><br>        Defendants. | Case No. C 08-1564 SI<br><br>**MOTION CONTINUING CASE MANAGEMENT CONFERENCE UNTIL AUGUST 8, 2008; DECLARATION OF MEGHAN HIGGINS IN SUPPORT OF MOTION**<br><br>[Federal Civil Local Rules 7-10(b) and 16(2)(d)]<br><br>Current Hearing Date: July 11, 2008<br>Time:               2:00 p.m.<br>Place:              Crtrm. 10, 19th Fl.<br><br>Trial Date:        Not Set |

**MOTION FOR RELIEF FROM ORDER SETTING CASE MANAGEMENT CONFERENCE FOR JULY 11, 2008**

      By this motion, defendants City and County of San Francisco ("the City"), Officer Bobby Cheung, and Officer Eddie Wu respectfully request that the Court continue the Initial Case Management Conference, currently set for July 11, 2008, at 2:00 p.m., until August 8, 2008 or some

Motion for Relief from Order Setting Case Management Conference, C-08-1564     1     n:\lit\li2008\081342\00492660.doc

1  date soon thereafter which is convenient for the Court.  This motion is supported by the attached
2  Declaration of Meghan K. Higgins consistent with Civil Local Rule 6-2 and the parties' Stipulation
3  and Proposed Order consistent with Civil Local Rules 7-11 and 16-2.  The parties signed their
4  stipulation on June 24, 2008.

5      The case management conference in this case is currently scheduled for July 11, 2008 at 2:00
6  p.m.  See Declaration of Meghan K. Higgins, ¶ 3.  The parties have already met and conferred as
7  directed by the Court's scheduling order, and filed their stipulation to an ADR procedure.  *Id*. ¶ 4.
8  Counsel for the City currently has a trial set to begin on July 7, 2008, which she believed would settle
9  prior to trial.  *Id*. ¶ 5.  However, the case has not settled despite Counsel for the City's participation in
10 settlement conferences on Friday, June 20, 2008 and Monday, June 23, 2008.  *Id*.  Counsel for the
11 City believes this trial will last 7 to 10 days and accordingly Counsel will not be available for the
12 Initial Case Management Conference currently set for July 11, 2008.  *Id*. ¶ 6.

13     Counsel for the City contacted Plaintiff's Counsel by telephone and email on June 24, 2008 to
14 request that Plaintiff's Counsel agree to continue the initial case management conference.  *Id*. ¶ 7.
15 Plaintiff's Counsel agreed to this continuance, but informed Counsel for the City that he is
16 unavailable for an initial case management conference on a Friday until August 8, 2008.  *Id*. ¶ 8.

17     Accordingly, defendants respectfully request a continuance of the Initial Case Management
18 Conference until August 8, 2008, or as soon thereafter as it may be scheduled.  A stipulation to that
19 effect signed by counsel for both parties will be filed concurrently with this motion.

Dated: June 24, 2008

                          DENNIS J. HERRERA
                          City Attorney
                          JOANNE HOEPER
                          Chief Trial Deputy
                          MEGHAN K. HIGGINS
                          Deputy City Attorneys


                    By:   /s/
                          MEGHAN K. HIGGINS

                          Attorneys for Defendants
                          CITY AND COUNTY OF SAN FRANCISCO
                          OFFICER WU

## DECLARATION OF MEGHAN K. HIGGINS IN SUPPORT OF MOTION

I, Meghan Higgins, declare as follows:

1. I am an attorney duly licensed to practice law before this Court, and am a Deputy City Attorney with the Office of the City Attorney for the City and County of San Francisco, attorneys of record for defendants City and County of San Francisco and Officer Bobby Cheung, and Officer Eddie Wu in this action.

2. I make this declaration in support of Defendants' Motion Seeking Relief from Order Setting Case Management Conference for July 11, 2008. I have personal knowledge of the facts set forth below, and if called to testify to the facts stated below, I could and would testify to them competently.

3. The Initial Case Management Conference in this matter is currently set for July 11, 2008, at 2:00 p.m. in Courtroom 10.

4. The parties have already met and conferred and agreed to a type of ADR.

5. I am counsel for the City in another matter that is currently scheduled to begin trial on July 7, 2008. I believed that this matter would settle prior to trial and accordingly did not seek to continue the Initial Case Management Conference. I participated in settlement conferences in that case on Friday, June 20, 2008 and Monday, June 23, 2008, but the matter did not settle.

6. Accordingly, on July 7, 2008 I will begin a trial that I expect will last seven to ten court days. I will therefore not be available to attend the Initial Case Management Schedule as it is currently scheduled for July 11, 2008, at 2:00 p.m.

7. On June 24, I contacted Plaintiff's Counsel, Russell Robinson, by telephone and email to request that we continue the Initial Case Management Conference for a short period of time.

8. Mr. Robinson agreed to the continuance but informed me that he will not be available on a Friday for a Case Management Conference until August 8, 2008. Accordingly,

1 the parties respectfully request that the Court continue the Initial Case Management
2 Conference until August 8, 2008, or as soon thereafter as it can be scheduled.
3 I declare under penalty of perjury under the laws of the state of California that the foregoing is
4 true and correct, and that this declaration was executed in San Francisco, California on June 24, 2008.

5 \_\_\_\_\_/s/_____
6 MEGHAN HIGGINS