1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3 | MEGHAN K. HIGGINS, State Bar #235685
Deputy City Attorney
4 | Fox Plaza
1390 Market Street, 6th Floor
5 | San Francisco, California 94102-5408
Telephone:     (415) 554-3896
6 | Facsimile:      (415) 554-3837
E-Mail:          Meghan.Higgins@sfgov.org

Attorneys for Defendants
CITYAND COUNTY OF SAN FRANCISCO,
OFFICERS CHEUNG AND WU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| REMI TAN, | Case No. C 08-1564 SI |
|---|---|
| Plaintiff, | **STIPULATION AND PROPOSED ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, OFFICER BOBBY C. CHEUNG (#208), OFFICER WU (#18), and DOES 1-40, | Current Hearing Date: July 11, 2008<br>Time:                         2:00 p.m.<br>Place:                        Crtrm. 10, 19th Fl. |
| Defendants. | Trial Date:                  Not Set |

THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, HEREBY

STIPULATE AS FOLLOWS:

Stipulation and Proposed Order Continuing Initial Case Management Conference, C-08-1564          1          n:\lit\li2008\081342\00492656.doc

The parties agree to a postponement of the Initial Case Management Conference currently scheduled for July 11, 2008, to a future date on August 8, 2008 or as soon thereafter as is convenient to the Court. Counsel for Defendants will be in trial, making this postponement necessary.

Dated: June 24, 2008

    DENNIS J. HERRERA
    City Attorney
    JOANNE HOEPER
    Chief Trial Deputy
    MEGHAN K. HIGGINS
    Deputy City Attorneys

By:   /s/
    MEGHAN K. HIGGINS

    Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO, OFFICER BOBBY CHEUNG AND OFFICER EDDIE WU

Dated: June 24, 2008    RUSSELL A. ROBINSON, Esq.
    Law Offices of Russell A. Robinson, APC

By:   /s/ Russell A. Robinson
    RUSSELL A. ROBINSON, Esq.

    Attorney for Plaintiff
    REMI TAN

**(PROPOSED) ORDER**

Pursuant to stipuation, **IT IS SO ORDERED.**

Dated:_____                    _____
                                         Honorable Susan Illston
                                         United States District Court Judge