```
1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  MEGHAN K. HIGGINS, State Bar #235685
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3896
6  Facsimile:    (415) 554-3837
   E-Mail:       Meghan.Higgins@sfgov.org
7
8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
9  OFFICERS CHEUNG AND WU
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| REMI TAN,<br><br>             Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, OFFICER BOBBY C. CHEUNG (#208), OFFICER WU (#18), and DOES 1-40,<br><br>             Defendants. | Case No. C 08-1564 SI<br><br>**STIPULATION AND PROPOSED ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Current Hearing Date: July 11, 2008<br>Time:          2:00 p.m.<br>Place:         Crtrm. 10, 19th Fl.<br><br>Trial Date:    Not Set |
|---|---|

THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1  The parties agree to a postponement of the Initial Case Management Conference currently
2  scheduled for July 11, 2008, to a future date on August 8, 2008 or as soon thereafter as is convenient
3  to the Court.  Counsel for Defendants will be in trial, making this postponement necessary.

Dated:  June 24, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
MEGHAN K. HIGGINS
Deputy City Attorneys

By:  ___/s/_____
MEGHAN K. HIGGINS

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
OFFICER BOBBY CHEUNG AND OFFICER EDDIE WU

Dated: June 24, 2008

RUSSELL A. ROBINSON, Esq.
Law Offices of Russell A. Robinson, APC

By:  ___/s/ Russell A. Robinson_____
RUSSELL A. ROBINSON, Esq.

Attorney for Plaintiff
REMI TAN

1
2
3   **(PROPOSED) ORDER**
4   Pursuant to stipuation, **IT IS SO ORDERED.**
5
6
7   Dated:_____      _____
                                        Honorable Susan Illston
8                                       United States District Court Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Proposed Order Continuing Initial Case         3        n:\lit\li2008\081342\00492656.doc
Management Conference, C-08-1564