Russell A. Robinson, SBN 163937
Law Office of Russell A. Robinson, APC
345 Grove Street, First Floor
San Francisco CA 94102
Telephone:  415.255.0462
Facsimile:  415.431.4526
e-mail:  rarcases@yahoo.com

Attorneys for Plaintiff
REMI TAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMI TAN, | Case No.    C-08-1564-SI |
| Plaintiffs, | **REQUEST TO APPEAR BY TELEPHONE AT CONFERENCE ON AUGUST 29, 2008; DECLARATION OF COUNSEL** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, ET AL., | |
| Defendants. | Date:  August 29, 2008<br>Time:  2:00 p.m.<br>Honorable Susan Illston |
| _____/ | |

**I.    REQUEST TO APPEAR BY TELEPHONE**

Plaintiff Remi Tan is presently represented by counsel Russell A. Robinson.

The parties hereto, through counsel of record, timely served their initial disclosures, timely filed their joint statement, met and conferred regarding deposition dates of the three individually named parties, and on August 25, 2008, participated in the ADR telephone conference.

On Friday, August 22, 2008, Robinson appeared at a hearing before the Honorable Lawrence J. O'Neill in the United States District Court, Eastern District of California (Fresno). The Court continued that matter to August 29, 2008, at 9:00 a.m., which by itself does not pose a conflict with the initial case management conference in the case before this Court on August 29, 2008, at 2:00 p.m.

However, on the evening of Monday, August 25, 2008, Robinson received an e-mail from the team coordinator for Dylan, his eight-year-old son. All parents are "required" to attend this team meeting (soccer) at 2:30 p.m. in Sunnyvale at Cumberland Field.

Robinson cannot be in San Francisco at 2:00 p.m., on Friday, August 29, 2008, and in Sunnyvale at 2:30 p.m., on the same date; additionally, the continued motion to be heard on August 29, 2008, at 9:00 a.m., in Fresno will require Robinson to drive from his residence in Oakland to Fresno, from Fresno to San Francisco, from San Francisco to Sunnyvale, and from Sunnyvale back to Oakland within a 10-hour period, a distance of about 450 miles.

Thus, Robinson respectfully requests that he be permitted to appear by telephone at the initial case management conference herein. If permitted to do so, Robinson will appear by calling the number as directed by the Court and appear, prepared to discuss and to participate regarding all issues at the conference at 2:00 p.m., on August 29, 2008.

As a precautionary measure, Robinson in fact has secured the use of a land-line at a law office in Mountain View (just a four miles from Cumberland Field) from which to initiate the call to the Court, if this request is granted.

Date: August 26, 2008                               Law Office of Russell A. Robinson, APC

                                                    /s/ Russell A. Robinson
                                                  By: Russell A. Robinson
                                                  Counsel for Plaintiff REMI TAN

**II. DECLARATION OF COUNSEL**

I, Russell A. Robinson, hereby declare as follows:

1.    I am an attorney licensed to practice before all courts of this Sate and admitted to practice before several federal districts, including the Northern and Eastern District of California. The below true and correct facts are of my own personal knowledge except facts stated as based on information and belief; as to facts so stated, I believe these to be true.

2.    Defense counsel and I timely served our initial disclosures, timely filed their joint statement, met and conferred regarding deposition dates of the three individually named parties,

1  and on August 25, 2008, participated in the ADR telephone conference.

2      3.    On Friday, August 22, 2008, I appeared at a hearing before the Honorable Lawrence J. O'Neill in the United States District Court, Eastern District of California (Fresno).  The Court continued that matter to August 29, 2008, at 9:00 a.m., which itself does not pose a conflict with the initial case management conference in this on August 29, 2008, at 2:00 p.m.

    4.    However, on the evening of Monday, August 25, 2008, I received an e-mail from the team coordinator for Dylan, my eight-year-old son.  All parents are "required" to attend this team meeting (soccer) at 2:30 p.m. in Sunnyvale at Cumberland Field.

    5.    I cannot be in San Francisco at 2:00 p.m., on Friday, August 29, 2008, and in Sunnyvale at 2:30 p.m., on the same date; additionally, the continued motion to be heard on August 29, 2008, at 9:00 a.m., in Fresno will require me to drive from my residence in Oakland to Fresno, from Fresno to San Francisco, from San Francisco to Sunnyvale, and from Sunnyvale back to Oakland within a 10-hour period, a distance of about 450 miles.  While not impossible, such a journey seems wasteful and uneconomical.

    6.    Thus, I respectfully requests that I be permitted to appear by telephone at the initial case management conference herein.  If permitted to do so, I will appear by calling the number as directed by the Court and appear, prepared to discuss and to participate regarding all issues at the conference at 2:00 p.m., on August 29, 2008.

    7.    As a precautionary measure, I in fact has secured the use of a land-line at the law office of my former law partner in Mountain View (just a four miles from Cumberland Field) from which to initiate the call to the Court, if this request is granted.

I, Russell A. Robinson, hereby declare under penalty of perjury and under the laws of the State of California that the above is true and correct.

Date: August 26, 2008                        Law Office of Russell A. Robinson, APC

                                                       /s/ Russell A. Robinson
                                            By: Russell A. Robinson
                                            Counsel for Plaintiff REMI TAN