1  Russell A. Robinson, SBN 163937
   Law Office of Russell A. Robinson, APC
2  345 Grove Street, First Floor
   San Francisco CA 94102
3  Telephone:    415.255.0462
   Facsimile:    415.431.4526
4  e-mail:    rarcases@yahoo.com

5  Attorneys for Plaintiff
   REMI TAN

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  REMI TAN,                                 Case No.    C-08-1564-SI

12          Plaintiffs,                       **[Proposed] ORDER GRANTING
                                              REQUEST TO APPEAR BY
13  v.                                        TELEPHONE AT CONFERENCE ON
                                              AUGUST 29, 2008**
14  CITY AND COUNTY OF SAN
    FRANCISCO, ET AL.,                        Date:    August 29, 2008
15                                            Time:    2:00 p.m.
            Defendants.                       Honorable Susan Illston
16  _____/

17

18       Good cause appearing, it is hereby ordered as follows:

19       Counsel Russell A. Robinson shall be permitted to appear by telephone at the August 29,

20  2008, case management conference, at 2:00 p.m., and must call (415)_____ at _____ p.m.

21  **IT IS SO ORDERED.**

22

23

24  Date:  August __, 2008            _____
                                      Honorable Susan Illston
25                                    Judge, United States District Court
                                      Northern District of California
26

27

28