```
Russell A. Robinson, SBN 163937
Law Office of Russell A. Robinson, APC
345 Grove Street, First Floor
San Francisco CA 94102
Telephone:   415.255.0462
Facsimile:   415.431.4526
e-mail:      rarcases@yahoo.com

Attorneys for Plaintiff
REMI TAN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMI TAN,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ET AL.,<br><br>    Defendants.<br>_____/ | Case No.    C-08-1564-SI<br><br>**[Proposed] ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE AT CONFERENCE ON AUGUST 29, 2008**<br><br>Date:    August 29, 2008<br>Time:    2:00 p.m.<br>Honorable Susan Illston |

  Good cause appearing, it is hereby ordered as follows:

  Counsel Russell A. Robinson shall be permitted to appear by telephone at the August 29, 2008, case management conference, at 2:00 p.m., and ~~must call (415)_____ at _____ p.m.~~ must provide the Court with a phone number.

**IT IS SO ORDERED.**   The Court will initiate the conference call between 2 and 5 p.m.

Date:  August __, 2008

_____
Honorable Susan Illston
Judge, United States District Court
Northern District of California