**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 8/29/08

Case No.   C-08-1564 SI          Judge:   SUSAN ILLSTON

Title: TAN  -v- SAN FRANCISCO

Attorneys: R. Robinson            M. Higgins

Deputy Clerk:  Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2) 

3) 

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                              PART

Case continued to **1/16/09    @ 2:30 p.m.** for Further Case Management Conference
(joint statement due one week prior)

Case continued to **6/5/09    @ 9:00 a.m.**   for Motions
(Motion due **5/1/09**, Opposition **5/15/09** Reply **5/22/09**)

Case continued to **7/28/09    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **8/10/09    @ 8:30 a.m.**  for Trial (JURY: 5  Days)
Discovery Cutoff: 1/30/09  Designate Experts by: 3/6/09, Rebuttal Experts: 3/27/09, Expert Discovery Cutoff: 4/17/09

ORDERED AFTER HEARING:
This case shall be referred to a magistrate-judge for settlement purposes.  The settlement conference shall occur during the week of December 15, 2008.

Cc: Wings

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 8/29/08

Case No.   C-08-1564 SI          Judge:   SUSAN ILLSTON

Title: TAN  -v- SAN FRANCISCO

Attorneys: R. Robinson          M. Higgins

Deputy Clerk:  Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                       PART

Case continued to **1/16/09    @ 2:30 p.m.** for Further Case Management Conference
(joint statement due one week prior)

Case continued to **6/5/09    @ 9:00 a.m.**   for Motions
(Motion due **5/1/09**, Opposition **5/15/09** Reply **5/22/09**)

Case continued to **7/28/09    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **8/10/09    @ 8:30 a.m.**  for Trial (JURY: 5  Days)
Discovery Cutoff: 1/30/09  Designate Experts by: 3/6/09, Rebuttal Experts: 3/27/09, Expert Discovery
Cutoff: 4/17/09

ORDERED AFTER HEARING:
This case shall be referred to a magistrate-judge for settlement purposes.  The settlement conference shall occur during the week of December 15, 2008.

Cc: Wings