| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
|   | City Attorney |
| 2 | JOANNE HOEPER, State Bar #114961 |
|   | Chief Trial Deputy |
| 3 | MEGHAN K. HIGGINS, State Bar #235685 |
|   | Deputy City Attorney |
| 4 | Fox Plaza |
|   | 1390 Market Street, 6th Floor |
| 5 | San Francisco, California 94102-5408 |
|   | Telephone: (415) 554-3896 |
| 6 | Facsimile: (415) 554-3837 |
|   | E-Mail: Meghan.Higgins@sfgov.org |

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
OFFICERS CHEUNG AND WU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMI TAN, | Case No. C 08-1564 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME FOR DISCOVERY** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, OFFICER BOBBY C. CHEUNG (#208), OFFICER WU (#18), and DOES 1-40, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 16(b) the parties have met and conferred and agree that the fact discovery in this matter shall conform to the terms of this ORDER.

GOOD CAUSE APPEARING, the parties stipulate, through their attorneys of record, to the entry of an order as follows:

1. Due to the need to schedule the depositions of additional fact witnesses and to resolve issues related to discovery of information about Plaintiff's damages, the cut-off for fact discovery shall be extended for forty-five days, to March 16, 2009.

2. The deadlines for expert discovery shall also be extended for forty-five days, to permit completion of fact discovery before expert discovery begins. Currently, the schedule for experts is as follows:

| | |
|---|---|
| Disclosure of Experts (Rule 26(a)(2)(B)) | March 6, 2009 |
| Disclosure of Rebuttal Experts (Rule 26(a)(2)(B) | March 27, 2009 |
| Close of Expert Discovery | April 17, 2009 |

(Pretrial Preparation Order [Docket Entry # 22] at 1).

The parties stipulate to the following schedule regarding experts:

| | |
|---|---|
| Disclosure of Experts (Rule 26(a)(2)(B)) | April 20, 2009 |
| Disclosure of Rebuttal Experts (Rule 26(a)(2)(B) | May 11, 2009 |
| Close of Expert Discovery | June 1, 2009 |

These extensions shall not affect the trial date in this matter, currently set for August 10, 2009.

IT IS SO STIPULATED.

Dated: December 10, 2008

        DENNIS J. HERRERA
        City Attorney
        JOANNE HOEPER
        Chief Trial Deputy
        MEGHAN K. HIGGINS
        Deputy City Attorneys

        By: _____
          MEGHAN K. HIGGINS

        Attorneys for Defendants
        CITY AND COUNTY OF SAN FRANCISCO
        OFFICER WU

Dated: December 10, 2008

By: /s/
RUSSELL A. ROBINSON

Attorney for Plaintiff
REMI TAN

C-08-1564

3

[PROPOSED] ORDER

For Good Cause, the Court modifies the discovery deadlines as listed above.

IT IS SO ORDERED.

Dated: _____

By: _____
HON. SUSAN ILLSTON
United States District Judge