IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REMI TAN,

        Plaintiff(s),

 vs.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

        Defendant(s).

No. C 08-1564 MEJ

**ORDER SCHEDULING TELEPHONIC DISCOVERY CONFERENCE**

The Court is in receipt of the parties' joint discovery dispute letters, filed February 10, 2009. (Dkt. ## 46, 47.) Upon review of the letters, the Court finds a hearing necessary and hereby SCHEDULES a telephonic discovery conference to take place on March 2, 2009 at 10:00 a.m. The Court shall initiate the call. If either party wishes to be contacted at a different number, that party shall contact Brenda Tolbert, Courtroom Deputy, at (415) 522-4708, and provide the preferred telephone number.

**IT IS SO ORDERED.**

Dated: February 23, 2009

                                                  MARIA-ELENA JAMES
                                                  United States Magistrate Judge