1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  MEGHAN K. HIGGINS, State Bar #235685
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3896
6  Facsimile:    (415) 554-3837
   E-Mail:       Meghan.Higgins@sfgov.org
7

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
9  OFFICERS CHEUNG AND WU

10

11             UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMI TAN, | Case No. C 08-1564 MEJ |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME FOR DISCOVERY** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, OFFICER BOBBY C. CHEUNG (#208), OFFICER WU (#18), and DOES 1-40, | Trial Date: ~~August 10, 2009~~ Oct. 19, 2009 |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 16(b) the parties have met and conferred and agree that the expert discovery in this matter shall conform to the terms of this ORDER.

GOOD CAUSE APPEARING, the parties stipulate, through their attorneys of record, to the entry of an order as follows:

1. Due to the need to complete fact discovery prior to disclosure of experts and production of their reports, the cut-off for expert disclosures shall be extended to May 15, 2009.

2. The deadlines for expert witness discovery, including depositions of experts, shall be extended to June 5, 2009.

3. Currently, the schedule for experts is as follows:

| | |
|---|---|
| Disclosure of Experts (Rule 26(a)(2)(B)) | March 23, 2009 |
| Disclosure of Rebuttal Experts (Rule 26(a)(2)(B) | April 2, 2009 |
| Close of Expert Discovery | April 17, 2009 |

(Case Management Order [Docket Entry # 45] at 2-3).

The parties stipulate to the following schedule regarding experts:

| | |
|---|---|
| Disclosure of Experts (Rule 26(a)(2)(B)) | May 15, 2009 |
| Disclosure of Rebuttal Experts (Rule 26(a)(2)(B) | May 26, 2009 |
| Close of Expert Discovery | June 5, 2009 |

These extensions shall not affect the trial date in this matter, currently set for October 19, 2009.

IT IS SO STIPULATED.

Dated: March 9, 2009

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
MEGHAN K. HIGGINS
Deputy City Attorneys

By: /s/
MEGHAN K. HIGGINS

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
OFFICER WU

Dated: March 9, 2009

By: /s/
RUSSELL A. ROBINSON

Attorney for Plaintiff
REMI TAN

[PROPOSED] ORDER

For Good Cause, the Court modifies the discovery deadlines as listed above.

IT IS SO ORDERED.

Dated: March 11, 2009

By: _____
HON. MARIA-ELENA JAMES
United States Magistrate Judge