IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMI TAN, | No. C 08-01564 MEJ |
| Plaintiffs, | |
| vs. | **ORDER FOR PARTIES TO FILE JOINT STATUS REPORT** |
| CITY AND COUNTY OF SAN FRANCISCO, OFFICER BOBBY C. CHEUNG (#208), OFFICER WU (#18), AND DOES 1-40, | |
| Defendants. | |

Pursuant to the Court's February 10, 2009 Case Management Order, the filing deadline for dispositive motions in this matter was May 14, 2009. As neither party filed a motion, the Court hereby ORDERS the parties to file a joint status report by June 2, 2009. In their report, the parties shall address whether either party seeks an extension of the dispositive motion filing deadline, and whether they feel it would be beneficial to attend a further settlement conference with Magistrate Judge Laporte or another magistrate judge.

**IT IS SO ORDERED.**

Dated: May 21, 2009

_____
MARIA ELENA JAMES
United States Magistrate Judge