United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMI TAN, | No. C 08-01564 MEJ |
| Plaintiffs, | **ORDER CONTINUING FINAL PRETRIAL CONFERENCE AND TRIAL DATES** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, OFFICER BOBBY C. CHEUNG (#208), OFFICER WU (#18), AND DOES 1-40, | |
| Defendants. / | |

This matter is currently scheduled for a jury trial commencing on October 19, 2009. The Court hereby CONTINUES the start of the trial to October 26, 2009 at 1:30 p.m. The final pretrial conference is continued to October 22, 2009 at 10:00 a.m. No other pretrial deadlines shall be affected by the continuance.

**IT IS SO ORDERED.**

Dated: July 30, 2009

MARIA-ELENA JAMES
United States Magistrate Judge