DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
MEGHAN K. HIGGINS, State Bar #235685
BLAKE P. LOEBS, State Bar #145790
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3896 (Higgins)
Telephone:     (415) 554-3868 (Loebs)
Facsimile:      (415) 554-3837
E-Mail:          Meghan.Higgins@sfgov.org


Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
OFFICERS CHEUNG AND WU

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMI TAN,<br><br>              Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, OFFICER BOBBY C. CHEUNG (#208), OFFICER WU (#18), and DOES 1-40,<br><br>              Defendants. | Case No. C 08-1564 MEJ<br><br>**ADMINISTRATIVE REQUEST FOR ORDER ALLOWING EQUIPMENT THROUGH SECURITY; [PROPOSED] ORDER**<br><br>Trial Date:      March 8, 2010<br>Judge:          Hon. Maria-Elena James |

Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, defendants City and County of San Francisco et al. seek an Order from the Court directing the Federal Marshal and/or Federal Security Services to allow into the Federal Courthouse the following for use at trial in the above-referenced matter.

The parties request admission into the Federal Courthouse of the following:

1.  Laptop computers;

2.  Elmo;

3. Projector (with stand);

4. Oversized Projector Screen;

5. Extension cords;

6. Speakers for use with laptop;

7. Additional monitors

Dated: February 10, 2010

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
MEGHAN K. HIGGINS
BLAKE P. LOEBS
Deputy City Attorneys

By: _____*/s/ Meghan K. Higgins*_____
MEGHAN K. HIGGINS

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
OFFICER WU

# [PROPOSED] ORDER

GOOD CAUSE APPEARING, the administrative motion is GRANTED.  The Court Orders the United States Marshals Service to allow the following equipment through security:

1.  Laptop computers;

2.  Elmo;

3.  Projector (with stand);

4.  Oversized Projector Screen;

5.  Extension cords;

6.  Speakers for use with laptop;

7.  Additional monitors.

IT IS SO ORDERED.

Dated: February 16, 2010

_____

_____
HONORABLE MARIA-ELENA JAMES
Chief United States District Court Judge