<pre>
                    UNITED STATES DISTRICT COURT

                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

REMI TAN                              )
                                      )    Case No.  C-08-1564 MEJ
                  Plaintiff(s),       )
                                      )    **ORDER**
                                      )
         vs.                          )
                                      )
CITY AND COUNTY OF SAN FRANCISCO,     )
                  Defendant(s).       )
_____     )
</pre>

IT IS HEREBY ORDERED that the United States District Court Jury Comissioner shall furnish daily morning refreshments for the members of the jury in the above-entitled matter beginning Tuesday, March 9, 2010, at 9:00 a.m. for the duration of the trial, at the expense of the United States.

**IT IS SO ORDERED**.

DATED: March 3, 2010

_____
MARIA-ELENA JAMES
United States Magistrate Judge