UNITED STATES DISTRICT COURT

Northern District of California

REMI TAN,

          Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, *et al.*,

          Defendants.
_____/

No. C 08-1564 MEJ

**FINAL PRETRIAL ORDER**

1. The trial will proceed in Courtroom D as follows: the parties will appear at 9:00 a.m. on Monday, March 8, 2010. Jury selection will commence at 9:30 a.m. The trial will start at 1:15 p.m. Each day thereafter, trial will begin at 9:30 with a 15 minute break at 11:00 a.m., a 45 minute lunch at 12:30 p.m., and an afternoon break at 2:30 p.m. Trial will conclude at 4:00 p.m. each day.

2. Each side has 7 hours to present their case in the liability and damages phase. The 7 hours does not include opening and closing statements. Opening statements must be limited to 30 minutes per side and closing statements must be limited to 1 hour per side.

3. At the March 4, 2010 Final Pretrial Conference, the Court accepted the parties' joint stipulation that trial would be bifurcated in three stages as follows: the liability and damages phase will proceed first, followed by the *Monell* phase, followed by the punitive damages phase. The time allotment for the *Monell* and punitive damages phases will be determined following the jury's verdict on liability and damages.

4. Defendants represented to the Court that their retained witness, Dr. Berg, would not be able to testify until Thursday, March 11. The Court will permit Dr. Berg to testify on that day. If

she is the final witness for Defendants, the parties will proceed with closing statements immediately following her testimony.

5. In order to avoid prejudice to either side, the Court will follow the normal rule regarding objections to evidence and other legal points which the Court must decide: No lengthy arguments in front of the jury. No sidebars. Any such argument should occur before 9:30 a.m. or after 4:00 p.m. unless it is unavoidable. Objections should consist of a citation to the Federal Rules of Evidence at issue and the applicable generic description (e.g. "relevance.")

6. The parties must rise when making an objection.

7. The parties must seek leave to approach witnesses.

8. Plaintiff represented to the Court that one of his witnesses may require an interpreter. Plaintiff must retain his own interpreter and bear all related costs.

9. Though evidence and argument will not be presented on Friday, jury deliberation may continue into Friday.

**IT IS SO ORDERED.**

Dated: March 4, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge