Russell A. Robinson, SBN 163937
Law Office of Russell A. Robinson
345 Grove Street, First Floor
San Francisco CA 94102
Telephone:  415.255.0462
Facsimile:  415.431.4526
e-mail:     rarcases@yahoo.com

Counsel for Plaintiff
REMI TAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMI TAN, | Case No.   C-08-1564-MEJ |
| Plaintiffs, | **STIPULATION OF THE PARTIES FOR DISMISSAL OF *MONELL* CLAIM(S)** |
| v. | PTC Date:   March 4, 2010 |
| CITY AND COUNTY OF SAN FRANCISCO, ET AL., | Time:       10:00 a.m. |
| | Trial:      March 8, 2010 |
| Defendants. | Honorable Maria Elena James |
| _____/ | [Jury Trial Demanded] |

## STIPULATION

THE PARTIES HERETO, THROUGH COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

The City & County of San Francisco shall be dismissed as a party hereto, with prejudice.

Claims of Plaintiff Remi Tan grounded on *Monell* liability shall be dismissed with prejudice.

Each side shall and does hereby waive litigation expenses exclusively related to the *Monell* claims. That is, this is intended to be a mutual "walk-away" as it relates to municipal liability claims against the City & County of San Francisco.

The parties intend that this case shall proceed to trial against defendants Eddie Wu and Bobby Cheung, and the claims against these two individual defendants, only. The parties are not

waiving their right to seek, as allowed by law, litigation expenses as these may be permitted in connection with the remaining claims and defenses.

Date: March 5, 2010

/s/ Russell A. Robinson
By: Russell A. Robinson
Law Office of Russell A. Robinson
Counsel for Plaintiff REMI TAN

Date: March 5, 2010

/s/ Meghan K. Higgins
By: Blake P. Loebs/Meghan K. Higgins
Office of the City Attorney
City & County of San Francisco
Counsel for Defendants CITY & COUNTY OF SAN FRANCISCO, BOBBY CHEUNG, and EDDIE WU

**ORDER**

Good cause appearing, it is hereby ordered as follows:

The City & County of San Francisco is dismissed as a party hereto, with prejudice.

Claims of Plaintiff Remi Tan grounded on *Monell* liability are dismissed with prejudice.

Each side waives litigation expenses exclusively related to the *Monell* claims.

This case shall proceed to trial against Defendants Eddie Wu and Bobby Cheung, and the claims against these two individual defendants, only. The parties retain their respective rights to seek, as allowed by law, litigation expenses as these may be permitted in connection with the remaining claims and defenses.

**IT IS SO ORDERED.**

Date: March 8, 2010

_____
Honorable Maria-Elena James
Chief Magistrate Judge
United States District Court
Northern District of California