UNITED STATES DISTRICT COURT

Northern District of California

REMI TAN

                Plaintiff(s),                    No. C 08-01564 MEJ

v.

CITY AND COUNTY OF SAN FRANCISCO      JUDGMENT

                Defendant(s).

_____/

On March 11, 2010, the jury in the above-captioned matter returned a verdict in favor of Officer Bobby Cheung and Eddie Wu, the remaining defendants in this case. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 12, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge