# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| REMI TAN | ) | |
| | ) | |
| v. | ) | Case No.: C 08-1564 MEJ |
| OFFCS. BOBBY C. CHEUNG & EDDIE WU | ) | |
| | ) | |

## Bill of Costs

Judgment having been entered in the above entitled ___03/12/2010___ against ___Plaintiff Remi Tan___ ,
                                                            Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $_____ |
| Fees for service of summons and subpoena . . Exhibit A . . . . . . . . . . . . . . . . . . . . . . . . . | 3,093.09 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . . Exhibit B | 6,814.36 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . Exhibit C . . . . . . . . . . . . . . . . . . . . . . . . . . . | 502.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . Exhibit D . . . . . . . . . . . . . . . . . . . . . . . | 4,261.29 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL $ | 14,670.74 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service by e-mail as set forth below and/or.

☐ Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: ___/s___ _(signature)_

Name of ___MEGHAN K. HIGGINS, Deputy City Attorney___

For: ___Defendant Officers Cheung & Wu___         Date: ___03/24/2010___
        *Name of Claiming Party*

Costs are taxed in the amount of _____ and included in the judgment.

_____          By: _____          _____
    *Clerk of Court*                        *Deputy Clerk*                        *Date*

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Please see Exhibit C | | 502.00 | | | | | $502.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $502.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**COST BILL SUMMARY**

| Cost Type | | Totals |
|---|---|---|
| 1. Fees of the Clerk | | |
| 2. Fees for service of summons and subpoena **(Exhibit A)** | | $3,093.09 |
| 3. Fees of the court reporter (transcripts, depositions) **(Exhibit B)** | | $6,814.36 |
| 4. Fees and disbursements for printing | | |
| 5. Fees for witnesses **(Exhibit C)** | | $502.00 |
| 6. Fees for exemplification and copies of papers necessarily obtained for use in the case **(Exhibit D)** | | $4,261.29 |
| 7. Docket fees under 28 U.S.C. 1923 - None | | |
| 8. Costs as shown on Mandate of Court of Appeals - None | | |
| 9. Compensation of court-appointed experts - None | | |
| 10. Compensation of interpreters & costs of special interpretation services under 28 U.S.C. 1928 | | |
| **Total** | | $14,670.74 |

BILL OF COSTS WORKSHEET

EXHIBIT A

Fees for service of summons and subpoena

| Date | Subpoena Location/Process Server | Invoice Number | Amount |
|------|----------------------------------|----------------|--------|
| 4/7/2009 | BAMO, Inc. (Discovery) Westcoast Legal Service | 25301742-04 | $68.70 |
| 4/28/2009 | Terrance Becker, MD (Discovery) CNR - Westcoast Legal Service | 25301983-06 | $68.50 |
| 5/18/2009 | Paul B. Carlat, Inc. (Discovery) Westcoast Legal Service | 25301983-01 | $56.68 |
| 1/13/2009 | Family Medical Group (Discovery) CNR - Westcoast Legal Service | 25301308-X4 | $68.93 |
| 4/7/2009 | Gelfand RNP Architects, Inc (Discovery) Westcoast Legal Service | 25301742-03 | $79.10 |
| 2/18/2009 | Maurice Growney, DDS (Discovery) Westcoast Legal Service | 25301308-X2 | $66.76 |
| 1/13/2009 | Healthcare Recoveries - Kaiser billing (Discovery) Westcoast Legal Service | 25301308-06 | $22.00 |
| 4/16/2009 | Heller Manus Architects (Discovery) Westcoast Legal Service | 25301742-01 | $80.20 |
| 6/3/2009 | Ian Birchall & Associates (Discovery) Westcoast Legal Service | 25301742-02 | $58.51 |
| 1/13/2009 | Kaiser PMG, SSF - Medical records (Discovery) CNR - Westcoast Legal Service | 253013-08-X5 | $68.93 |
| 1/9/2009 | Kaiser PMG, SSF - Radiology (Discovery) CNR - Westcoast Legal Service | 253013-08-05 | $68.93 |
| 5/21/2009 | Steven Kmucha, MD (Discovery) Westcoast Legal Service | 25301839-02 | $62.29 |
| 4/27/2009 | Bernd Kutzscher, MD (Discovery) Westcoast Legal Service | 25301839-01 | $64.05 |
| 2/27/2009 | Jesus Odulio, DDS (Discovery) Westcoast Legal Service | 25301533-01 | $83.03 |
| 2/24/2009 | Lelia L Odulio, DDS (Discovery) CNR - Westcoast Legal Service | 25301308-X1 | $68.93 |
| 2/18/2009 | Donald H Oga, DDS (Discovery) Westcoast Legal Service | 25301308-X3 | $64.31 |
| 4/14/2009 | Peninsula Neurological (Discovery) Westcoast Legal Service | 25301839-03 | $67.88 |
| 1/16/2009 | Normann Petersen (Depo) Blanche Blachman, CAO | | $80.00 |
| 1/25/2010 | Normann Petersen (Trial) Blanche Blachman, CAO | | $80.00 |
| 8/27/2009 | SF County Jail - Medical records (Discovery) CNR - Westcoast Legal Service | 25300159-X1 | $68.93 |
| 9/10/2008 | SFGH - Medical records (Discovery) Unobtainable - Westcoast Legal Service | 25300159-02 | $63.50 |
| 8/21/2008 | SFGH - Medical records (Discovery) Westcoast Legal Service | 25300159-03 | $65.16 |
| 2/10/2009 | SFGH - Medical records (Discovery) Westcoast Legal Service | 25A01496-01 | $54.16 |
| 8/27/2009 | SFGH - Billing records (Discovery) Westcoast Legal Service | 25S02836-01 | $10.33 |
| 9/10/2008 | SFGH - Radiology (Discovery) Westcoast Legal Service | 25300159-X2 | $63.50 |
| 3/23/2009 | SFGH - Radiology (Discovery) Westcoast Legal Service | 25300159-01 | $449.60 |
| 4/28/2009 | Seton Medical Center (Discovery) Westcoast Legal Service | 25301839-04 | $68.50 |
| 4/14/2009 | Seton Medical Center - Radiology (Discovery) Westcoast Legal Service | 25301839-05 | $64.60 |
| 5/21/2009 | Seton Medical Center - Billing records (Discovery) Westcoast Legal Service | 25301839-06 | $55.50 |
| 7/15/2008 | SFFD-EMS (Discovery) CNR - Westcoast Legal Service | 25300159-05 | $68.93 |
| 7/11/2008 | SFFD-EMS (Discovery) Westcoast Legal Service | 25300159-04 | $64.04 |
| 5/19/2009 | Stanford Hospital & Clinics (Discovery) Westcoast Legal Service | 25301983-02 | $63.44 |
| 4/9/2009 | Stanford Hospital & Clinics - Radiology (Discovery) Westcoast Legal Service | 25301983-03 | $63.50 |
| 6/29/2009 | Stanford University Clinic - Billing (Discovery) Westcoast Legal Service | 25301983-04 | $58.68 |
| 7/22/2009 | Stanford University Med Center - Physician billing (Discovery) Westcoast Legal Service | 25301983-05 | $55.66 |

| Date | Description | Number | Amount |
|---|---|---|---|
| 1/16/2009 | Joon Lee Tan (Depo) - attempted service - Freewheelin Attorney Service | 52832 | $165.00 |
| 2/17/2009 | Joon Lee Tan (Depo) Freewheelin Attorney Service | 53195 | $85.00 |
| 1/21/2010 | Joon Lee Tan (Trial) Freewheelin Attorney Service | 55775 | $92.20 |
| 3/19/2009 | Tina Tsang (Depo) Freewheelin Attorney Service | 53370 | $55.00 |
| 4/14/2009 | Alice Yan, MD (Discovery) Westcoast Legal Service | 25301844-01 | $67.61 |
| 5/18/2009 | Alice Yan, MD - Billing (Discovery) Westcoast Legal Service | 25301844-02 | $12.52 |
| | | TOTAL | $3,093.09 |

Remi Tan v. Officers Cheung & Wu
USDC Northern District of California Case Number: C08-1564 MEJ

BILL OF COSTS WORKSHEET

**EXHIBIT B**

Fees of the court reporter

| VENDORS | DEPONENTS/TRANSCRIPTS | AMOUNT |
|---------|----------------------|--------|
| Bonnie Wagner & Associates | Depo: Normann Petersen - 1/23/09 | $396.20 |
| Bonnie Wagner & Associates | Depo: Joon Tan, vol. 1 - 2/25/09 | $549.00 |
| Bonnie Wagner & Associates | Depo: Joon Tan, vol. 2 - 3/3/09 | $666.00 |
| Bonnie Wagner & Associates | Depo: Remi Tan, vol. 2 - 3/24/09 | $275.00 |
| Bonnie Wagner & Associates | Depo: Tina Tsang - 4/4/09 | $275.00 |
| Bonnie Wagner & Associates | Depo: Maurice Growney, DDS - 5/29/09 | $595.05 |
| Bonnie Wagner & Associates | Depo: Stephen Hoffman, MD - 5/28/09 | $438.15 |
| Bonnie Wagner & Associates | Depo: Eric Isaacs, MD - 6/3/09 | $285.20 |
| Bonnie Wagner & Associates | Depo: David Walcott, MD - 6/3/09 | $968.25 |
| Hannah Kaufman & Associates | Depo: Remi Tan, vol. 1 - 9/18/08 | $1,647.95 |
| Mike Tunick Videography | Videotaped depo of Normann Petersen | $360.00 |
| Robert Barnes Associates | Depo copies: Bobby Cheung & Eddie Wu | $358.56 |
| **TOTAL** | | **$6,814.36** |

BILL OF COSTS WORKSHEET

**EXHIBIT C**

Fees for witnesses

| Witness Name | Date | Total Fee |
|---|---|---|
| Normann Petersen (Depo) | 1/29/2009 | **$40.00** |
| Joon Lee Tan (Depo) | 2/25/2009 | **$55.00** |
| Tina Tsang (Depo) | 3/19/2009 | **$41.00** |
| Stephen Hoffman, MD (Depo) | 5/28/2009 | **$40.00** |
| Damon Walcott, MD (Depo) | 6/3/2009 | **$40.00** |
| Eric Isaacs, MD (Depo) | 6/3/2009 | **$40.00** |
| Maurice Growney, DDS (Depo) | 6/3/2009 | **$40.00** |
| Joon Lee Tan (Trial) | 1/21/2010 | **$48.00** |
| Don Cameron (Trial) | 3/10/2010 | **$40.00** |
| Charles Syers, DDS (Trial) | 3/10/2010 | **$40.00** |
| Joanna Berg, PhD (Trial) | 3/11/2010 | **$40.00** |
| Normann Petersen (Trial) | 3/8/2010 | **$78.00** |
| **Total** | | **$502.00** |

Remi Tan v. Officers Cheung & Wu
USDC Northern District of California Case Number:  C08-1564 MEJ


BILL OF COSTS WORKSHEET


**EXHIBIT D**


Fees for exemplification and copies of papers necessarily obtained for use in the case

| Name or Service | Date | Cost |
|---|---|---|
| City and County of San Francisco costs for exemplification of documents produced during discovery - 89 pages attached to initial disclosure (89 x $0.15 = $13.35) | | $13.35 |
| City & County of San Francisco costs for video synching and editing of trial exhibits (21 hours@ $150/hr. = $3150.00) | | $3,150.00 |
| Document Services Unlimited (trial exhibit preparation) | 2/28/2010 | $344.93 |
| James Yeomans (trial testimony transcript - R. Tan, Day 1) | 3/15/2010 | $717.75 |
| Video Transfer (audio file copies for discovery) | 2/27/2009 | $35.26 |
| **Total** | | **$4,261.29** |

# EXHIBIT A

# WESTCOAST LEGAL SERVICE

41 North First St., San Jose, CA 95113 (408) 292-8128

**INVOICE** 25301742

**BILL TO:**

None
San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.: 5544217

**SHIP TO:**

Meghan Higgins
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5543881

IRS # 77-0009418

File No.: 081342
Claim No.:
Pltf/Appl: Remi Tan
vs Def: City & Co of San Francisco
Court: UNITED STATES DISTRICT COURT
Case No.: C08-1564

Records Pertain To: **Remi Y.L. Tan**
Records From: **BAMO, Inc**
**San Francisco, CA**

| | AMOUNT |
|---|---|
| Copies 19.00 | 4.18 |
| Pagination | .57 |
| File Basic | 12.00 |
| Subpoena Prep | 10.00 |
| Personal Service | 25.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |

Notes:

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| | | | | |
|---|---|---|---|---|
| | | | SALES TAX | .45 |
| DATE | April 7, 2009 | INVOICE NO. | 25301742-04 | 68.70 |

---

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25301742-04 | April 7, 2009 | 68.70 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA / MasterCard (please circle)

_____     _____     _____     _____
Name on Card            Card Number              Exp. Date                    Signature

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**P.O. BOX 2286**
**SAN JOSE, CA 95109-2286**

IRS # 77-0009418

BILL TO:

None
San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.:  5544217

File No.:  081342
Claim No.:
Pltf/Appl:  Remi Tan
vs Def:  City & Co of San Francisco
Court:  UNITED STATES DISTRICT COURT
Case No.:  C08-1564

Records Pertain To:  **Remi Y.L. Tan**
Records From:  **Terrence Becker, MD**
**San Francisco, CA**

SHIP TO:

Meghan Higgins
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.:  5543881

IRS # 77-0009418

| | AMOUNT |
|---|---|
| File Basic | 12.00 |
| Subpoena Prep | 10.00 |
| Serve Subpoena | 25.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |
| No Records Certificate | 5.00 |

Notes:
NO RECORDS AVAILABLE FROM THIS WITNESS WITH
INFORMATION PROVIDED

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| SALES TAX | .00 |
|---|---|

| DATE | April 28, 2009 | INVOICE NO. | 25301983-06 | | 68.50 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25301983-06 | April 28, 2009 | 68.50 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA / MasterCard (please circle)

_____     _____     _____     _____
Name on Card                     Card Number                    Exp. Date               Signature

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**P.O. BOX 2286**
**SAN JOSE, CA 95109-2286**

*IRS # 77-0009418*



 WESTCOAST
LEGAL SERVICE

41 North First St., San Jose, CA 95113 (408) 292-8128

# INVOICE 25301983

BILL TO:

None
San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

SHIP TO:

Meghan Higgins
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5544217

Client No.: 5543881

| | |
|---|---|
| File No.: | 081342 |
| Claim No.: | |
| Pltf/Appl: | Remi Tan |
| vs Def: | City & Co of San Francisco |
| Court: | UNITED STATES DISTRICT COURT |
| Case No.: | C08-1564 |

Records Pertain To: **Remi Y.L. Tan**
Records From: **Paul B Carlat, Inc**
**San Francisco, CA**

IRS # 77-0009418

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |
| Copies 6.00 | .90 |
| Tab/Index/Cover | 2.00 |

Notes:

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| SALES TAX | .28 |
|---|---|

| DATE | May 18, 2009 | INVOICE NO. | 25301983-01 | | 58.68 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25301983-01 | May 18, 2009 | 58.68 |

PAYMENT CHOICE:
- [ ] CHECK: *Payable to WestCoast Legal Service*
- [ ] CREDIT CARD: VISA / MasterCard (please circle)

| Name on Card | Card Number | Exp. Date | Signature |
|---|---|---|---|

PLEASE REMIT TO:

**WestCoast Legal Service
A/R PROCESSING
P.O. BOX 2286
SAN JOSE, CA 95109-2286**

*IRS # 77-0009418*



# WESTCOAST
## LEGAL SERVICE

P.O. Box 2286, San Jose, CA 95109-2286  (408) 292-8128

# INVOICE
25301308-X4



**BILL TO:**

Accounting Dept/City Attorney
1390 Market St, 5th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5544217

File No.: 081342
Claim No.: 081342
Pltf/Appl: Remi Tan
vs Def: CCSF
Court: United States District Court
Case No.: C08-1564

Records Pertain To: **Remi Y.L. Tan**
Records From: **Family Medical Group**
**Daly City, CA**

**SHIP TO:**

Meghan Higgins
San Francisco City Attorneys Office
1390 Market St, 6th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5543881

IRS # 77-0009418

| ITEM RATE | AMOUNT |
|---|---|
| BASIC CHARGE | 12.00 |
| SUPBPOENA PREP | 10.00 |
| SERVE SUBPOENA | 25.00 |
| WITNESS FEE | 15.00 |
| 10% CHECK FEE | 1.50 |
| CERT NO RECORDS | 5.00 |

**Notes:**
NO RECORDS AVAILABLE FROM THIS WITNESS WITH
INFORMATION PROVIDED

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| | SALES TAX | 0.43 |
|---|---|---|
| DATE 01/13/09 | INVOICE NO. 25301308-X4 | AMOUNT DUE | 68.93 |

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| Accounting Dept/City Attorney | 5544217 | 25301308-X4 | 01/13/09 | 68.93 |

**PAYMENT CHOICE:**
☐ CHECK: Payable to WLS
☐ CREDIT CARD: VISA / MasterCard (please circle)

_____     _____     _____     _____
Name on Card              Card Number                Exp. Date                     Signature

PLEASE REMIT TO:

**WLS**
**A/R PROCESSING**
**P.O. BOX 2286**
**SAN JOSE, CA 95109-2286**

*IRS # 77-0009418*




 **WESTCOAST LEGAL SERVICE**
41 North First St., San Jose, CA 95113 (408) 292-8128



**BILL TO:**

None
San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

**SHIP TO:**

Meghan Higgins
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5544217

Client No.: 5543881

| | |
|---|---|
| File No.: | 081342 |
| Claim No.: | |
| Pltf/Appl: | Remi Tan |
| vs Def: | City & Co of San Francisco |
| Court: | UNITED STATES DISTRICT COURT |
| Case No.: | C08-1564 |

IRS # 77-0009418

Records Pertain To: **Remi Y.L. Tan**
Records From: **Gelfand RNP Architects Inc**
**San Francisco, CA**

| | AMOUNT |
|---|---|
| Copies 57.00 | 12.54 |
| Pagination | 1.71 |
| File Basic | 12.00 |
| Subpoena Prep | 10.00 |
| Personal Service | 25.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |

Notes:

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| | | SALES TAX | 1.35 |
|---|---|---|---|

| DATE | April 7, 2009 | INVOICE NO. | 25301742-03 | | 79.10 |
|---|---|---|---|---|---|

---

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25301742-03 | April 7, 2009 | 79.10 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA / MasterCard (please circle)

_____     _____     _____     _____
Name on Card            Card Number              Exp. Date                  Signature

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**P.O. BOX 2286**
**SAN JOSE, CA 95109-2286**

IRS # 77-0009418



# WLS  WESTCOAST
## LEGAL SERVICE

P.O. Box 2286, San Jose, CA 95109-2286  (408) 292-8128

## INVOICE
### 25301308-X2



BILL TO:

Accounting Dept/City Attorney
1390 Market St, 5th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.:  5544217

File No.:  081342
Claim No.:  081342
Pltf/Appl:  Remi Tan
vs Def:  CCSF
Court:  United States District Court
Case No.:  C08-1564

Records Pertain To:  **Remi Y.L. Tan**
Records From:  **Maurice Growney, DDS**
**San Francisco, CA**

SHIP TO:

Meghan Higgins
San Francisco City Attorneys Office
1390 Market St, 6th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.:  5543881

*IRS # 77-0009418*

| ITEM RATE | AMOUNT |
|---|---|
| 12 PAGES @ 0.22 | 2.64 |
| PAGINATION | 0.36 |
| BASIC CHARGE | 12.00 |
| SUPBPOENA PREP | 10.00 |
| SERVE SUBPOENA | 25.00 |
| WITNESS FEE | 15.00 |
| 10% CHECK FEE | 1.50 |

Notes:

1.5% finance charge per month on balance over 30 days.
IMPORTANT! Please show Invoice Number with Payment.

| | SALES TAX | 0.26 |
|---|---|---|
| DATE 02/18/09  INVOICE NO. 25301308-X2 | AMOUNT DUE | 66.76 |

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| Accounting Dept/City Attorney | 5544217 | 25301308-X2 | 02/18/09 | 66.76 |

PAYMENT CHOICE:
☐ CHECK: Payable to WLS
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

_____  _____  _____  _____
Name on Card              Card Number               Exp. Date     Signature

PLEASE REMIT TO:

**WLS
A/R PROCESSING
P.O. BOX 2286
SAN JOSE, CA 95109-2286**

*IRS # 77-0009418*



# WESTCOAST LEGAL SERVICE

P.O. Box 2286, San Jose, CA 95109-2286 (408) 292-8128

# INVOICE
25301308-06



**BILL TO:**

Accounting Dept/City Attorney
1390 Market St, 5th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5544217

**SHIP TO:**

Meghan Higgins
San Francisco City Attorneys Office
1390 Market St, 6th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5543881

IRS # 77-0009418

File No.: 081342
Claim No.: 081342
Pltf/Appl: Remi Tan
vs Def: CCSF
Court: United States District Court
Case No.: C08-1564

Records Pertain To: **Remi Y.L. Tan**
Records From: **Healthcare Recoveries Inc**
**Louisville, KY**

| ITEM RATE | AMOUNT |
|---|---|
| BASIC CHARGE | 12.00 |
| SUPBPOENA PREP | 10.00 |

**Notes:**
ORDER CANCELLED AT CLIENT REQUEST

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| SALES TAX | 0.00 |
|---|---|

| DATE | 01/13/09 | INVOICE NO. | 25301308-06 | AMOUNT DUE | 22.00 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| Accounting Dept/City Attorney | 5544217 | 25301308-06 | 01/13/09 | 22.00 |

**PAYMENT CHOICE:**
☐ CHECK: Payable to WLS
☐ CREDIT CARD: VISA / MasterCard (please circle)

_____     _____     _____     _____
Name on Card                  Card Number                  Exp. Date              Signature

**PLEASE REMIT TO:**

**WLS**
**A/R PROCESSING**
**P.O. BOX 2286**
**SAN JOSE, CA. 95109-2286**

IRS # 77-0009418





**WESTCOAST LEGAL SERVICE**

41 North First St., San Jose, CA 95113 (408) 292-8128

# INVOICE 25301742

BILL TO:

None
San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.: 5544217

SHIP TO:

Meghan Higgins
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5543881

File No.: 081342
Claim No.:
Pltf/Appl: Remi Tan
vs Def: City & Co of San Francisco
Court: UNITED STATES DISTRICT COURT
Case No.: C08-1564

Records Pertain To: **Remi Y.L. Tan**
Records From: **Heller Manus Architects**
**San Francisco, CA**

IRS # 77-0009418

| | AMOUNT |
|---|---|
| Copies 61.00 | 13.42 |
| Pagination | 1.83 |
| File Basic | 12.00 |
| Subpoena Prep | 10.00 |
| Personal Service | 25.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |

Notes:

1.5% finance charge per month on balance over 30 days.
IMPORTANT! Please show Invoice Number with Payment.

| | SALES TAX | 1.45 |
|---|---|---|

| DATE | April 16, 2009 | INVOICE NO. | 25301742-01 | | 80.20 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25301742-01 | April 16, 2009 | 80.20 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA / MasterCard (please circle)

_____    _____    _____    _____
Name on Card                Card Number                  Exp. Date                  Signature

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**P.O. BOX 2286**
**SAN JOSE, CA 95109-2286**

IRS # 77-0009418



 **WESTCOAST LEGAL SERVICE**
41 North First St., San Jose, CA 95113 (408) 292-8128

# INVOICE 25301742

BILL TO:

None
San Francisco City Attorneys Office – Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

SHIP TO:

Meghan Higgins
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5544217

Client No.: 5543881

IRS # 77-0009418

File No.: 081342
Claim No.:
Pltf/Appl: Remi Tan
vs Def: City & Co of San Francisco
Court: UNITED STATES DISTRICT COURT
Case No.: C08-1564

Records Pertain To: **Remi Y.L. Tan**
Records From: **Ian Birchall & Associates**
**San Francisco, CA**

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |
| Copies 5.00 | .75 |
| Tab/Index/Cover | 2.00 |

Notes:

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| | SALES TAX | .26 |
|---|---|---|

| DATE | June 3, 2009 | INVOICE NO. | 25301742-02 | | 58.51 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office – Accounting Dept | 5544217 | 25301742-02 | June 3, 2009 | 58.51 |

PAYMENT CHOICE:
☐ *CHECK: Payable to WestCoast Legal Service*
☐ *CREDIT CARD: VISA / MasterCard (please circle)*

_____    _____    _____    _____
Name on Card        Card Number          Exp. Date              Signature

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**P.O. BOX 2286**
**SAN JOSE, CA 95109-2286**

*IRS # 77-0009418*



# WESTCOAST LEGAL SERVICE

P.O. Box 2286, San Jose, CA 95109-2286 (408) 292-8128

# INVOICE
## 25301308-05

**BILL TO:**

Accounting Dept/City Attorney
1390 Market St, 5th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5544217

**SHIP TO:**

Meghan Higgins
San Francisco City Attorneys Office
1390 Market St, 6th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5543881

File No.: 081342
Claim No.: 081342
Pltf/Appl: Remi Tan
vs Def: CCSF
Court: United States District Court
Case No.: C08-1564

Records Pertain To: **Remi Y.L. Tan**
Records From: **Kaiser/PMG (SSF)**
**South San Francisco, CA**

IRS # 77-0009418

| ITEM RATE | AMOUNT |
|---|---|
| BASIC CHARGE | 12.00 |
| SUPBPOENA PREP | 10.00 |
| SERVE SUBPOENA | 25.00 |
| WITNESS FEE | 15.00 |
| 10% CHECK FEE | 1.50 |
| CERT NO RECORDS | 5.00 |

**Notes:**
NO RECORDS AVAILABLE FROM THIS WITNESS WITH INFORMATION PROVIDED

*1.5% finance charge per month on balance over 30 days. IMPORTANT! Please show Invoice Number with Payment.*

| | | SALES TAX | 0.43 |
|---|---|---|---|

| DATE | 01/09/09 | INVOICE NO. | 25301308-05 | AMOUNT DUE | 68.93 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| Accounting Dept/City Attorney | 5544217 | 25301308-05 | 01/09/09 | 68.93 |

**PAYMENT CHOICE:**
☐ CHECK: Payable to WLS
☐ CREDIT CARD: VISA / MasterCard (please circle)

_____        _____        _____        _____
Name on Card                Card Number                 Exp. Date                  Signature

**PLEASE REMIT TO:**

**WLS**
**A/R PROCESSING**
**P.O. BOX 2286**
**SAN JOSE, CA 95109-2286**

*IRS # 77-0009418*




# WESTCOAST LEGAL SERVICE

P.O. Box 2286, San Jose, CA 95109-2286  (408) 292-8128

## INVOICE
25301308-X5

**BILL TO:**

Accounting Dept/City Attorney
1390 Market St, 5th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5544217

File No.: 081342
Claim No.: 081342
Pltf/Appl: Remi Tan
vs Def: CCSF
Court: United States District Court
Case No.: C08-1564

Records Pertain To: **Remi Y.L. Tan**
Records From: **Kaiser/PMG South San Francisco Radiology**
**South San Francisco, CA**

**SHIP TO:**

Meghan Higgins
San Francisco City Attorneys Office
1390 Market St, 6th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5543881

IRS # 77-0009418

| ITEM RATE | AMOUNT |
|---|---|
| BASIC CHARGE | 12.00 |
| SUPBPOENA PREP | 10.00 |
| SERVE SUBPOENA | 25.00 |
| WITNESS FEE | 15.00 |
| 10% CHECK FEE | 1.50 |
| CERT NO RECORDS | 5.00 |

**Notes:**
NO RECORDS AVAILABLE FROM THIS WITNESS WITH
INFORMATION PROVIDED

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| | | SALES TAX | 0.43 |
|---|---|---|---|

| DATE | 01/13/09 | INVOICE NO. | 25301308-X5 | AMOUNT DUE | 68.93 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| Accounting Dept/City Attorney | 5544217 | 25301308-X5 | 01/13/09 | 68.93 |

**PAYMENT CHOICE:**
☐ *CHECK: Payable to WLS*
☐ *CREDIT CARD: VISA  /  MasterCard  (please circle)*

_____   _____   _____   _____
Name on Card              Card Number        Exp. Date     Signature

**PLEASE REMIT TO:**

**WLS**
**A/R PROCESSING**
**P.O. BOX 2286**
**SAN JOSE, CA 95109-2286**

*IRS # 77-0009418*




 WESTCOAST LEGAL SERVICE
41 North First St., San Jose, CA 95113 (408) 292-8128



BILL TO:

None
San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

SHIP TO:

Meghan Higgins
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5544217

Client No.: 5543881

File No.: 081342
Claim No.:
Pltf/Appl: Remi Tan
vs Def: City & Co of San Francisco
Court: UNITED STATES DISTRICT COURT
Case No.: C08-1564

Records Pertain To: **Remi Y.L. Tan**
Records From: **Steven Kmucha, MD**
**Daly City, CA**

*IRS # 77-0009418*

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |
| Copies 28.00 | 4.20 |
| Tab/Index/Cover | 2.00 |

Notes:

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| SALES TAX | .59 |
|---|---|

| DATE | May 21, 2009 | INVOICE NO. | 25301839-02 | | 62.29 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25301839-02 | May 21, 2009 | 62.29 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA / MasterCard (please circle)

Name on Card     Card Number     Exp. Date     Signature

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**P.O. BOX 2286**
**SAN JOSE, CA 95109-2286**

*IRS # 77-0009418* 

 **WESTCOAST LEGAL SERVICE**

41 North First St., San Jose, CA 95113 (408) 292-8128

**INVOICE** 25301839

**BILL TO:**

None
San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.: 5544217

**SHIP TO:**

Meghan Higgins
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5543881

| | |
|---|---|
| File No.: | 081342 |
| Claim No.: | |
| Pltf/Appl: | Remi Tan |
| vs Def: | City & Co of San Francisco |
| Court: | UNITED STATES DISTRICT COURT |
| Case No.: | C08-1564 |
| Records Pertain To: | **Remi Y.L. Tan** |
| Records From: | **Bernd Kutzscher, MD**<br>**Daly City, CA** |

IRS # 77-0009418

| | AMOUNT |
|---|---|
| Copies 2.00 | .44 |
| Pagination | .06 |
| File Basic | 12.00 |
| Subpoena Prep | 10.00 |
| Serve Subpoena | 25.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |

Notes:

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| | SALES TAX | .05 |
|---|---|---|

| DATE | April 27, 2009 | INVOICE NO. | 25301839-01 | | 64.05 |
|---|---|---|---|---|---|

---

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25301839-01 | April 27, 2009 | 64.05 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA / MasterCard (please circle)

_____      _____      _____      _____
Name on Card                        Card Number                        Exp. Date                        Signature

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**P.O. BOX 2286**
**SAN JOSE, CA 95109-2286**

IRS # 77-0009418





# WESTCOAST LEGAL SERVICE

41 North First St., San Jose, CA 95113 (408) 292-8128

**INVOICE** 25301533

BILL TO:

None
San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

SHIP TO:

Meghan Higgins
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5544217

Client No.: 5543881

IRS # 77-0009418

| File No.: | 081342 | | AMOUNT |
|---|---|---|---|
| Claim No.: | | | |
| Pltf/Appl: | Remi Tan | Copies 12.00 | 2.64 |
| vs Def: | City & Co of San Francisco | Pagination | .36 |
| Court: | UNITED STATES DISTRICT COURT | File Basic | 12.00 |
| Case No.: | C08-1564 | Subpoena Prep | 10.00 |
| | | Personal Service | 25.00 |
| Records Pertain To: | **Remi Y.L. Tan** | Witness Fee | 15.00 |
| Records From: | **Jesus Odulio, DDS** | Check Charge | 1.50 |
| | **Daly City, CA** | X-Rays/CT/MRI Digital Images | 15.00 |

Notes:

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| | | | | |
|---|---|---|---|---|
| | | | SALES TAX | 1.53 |
| DATE | February 27, 2009 | INVOICE NO. | 25301533-01 | | 83.03 |

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25301533-01 | February 27, 2009 | 83.03 |

PAYMENT CHOICE:

☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA / MasterCard (please circle)

_____     _____     _____     _____
Name on Card              Card Number                  Exp. Date                    Signature

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**P.O. BOX 2286**
**SAN JOSE, CA 95109-2286**

*IRS # 77-0009418*



# WESTCOAST LEGAL SERVICE

P.O. Box 2286, San Jose, CA 95109-2286  (408) 292-8128

# INVOICE
25301308-X1



**BILL TO:**

Accounting Dept/City Attorney
1390 Market St, 5th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5544217

File No.: 081342
Claim No.: 081342
Pltf/Appl: Remi Tan
vs Def: CCSF
Court: United States District Court
Case No.: C08-1564

Records Pertain To: **Remi Y. L. Tan**
Records From: **Lelia L Odulio, DDS**
**Daly City, CA**

**SHIP TO:**

Meghan Higgins
San Francisco City Attorneys Office
1390 Market St, 6th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5543881

IRS # 77-0009418

| ITEM RATE | AMOUNT |
|---|---|
| BASIC CHARGE | 12.00 |
| SUPBPOENA PREP | 10.00 |
| SERVE SUBPOENA | 25.00 |
| WITNESS FEE | 15.00 |
| 10% CHECK FEE | 1.50 |
| CERT NO RECORDS | 5.00 |

**Notes:**
NO RECORDS AVAILABLE FROM THIS WITNESS WITH
INFORMATION PROVIDED

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| | | |
|---|---|---|
| SALES TAX | | 0.43 |

| DATE | 02/24/09 | INVOICE NO. | 25301308-X1 | AMOUNT DUE | 68.93 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| Accounting Dept/City Attorney | 5544217 | 25301308-X1 | 02/24/09 | 68.93 |

**PAYMENT CHOICE:**
☐ *CHECK: Payable to WLS*
☐ *CREDIT CARD: VISA  /  MasterCard  (please circle)*

_____   _____   _____   _____
Name on Card           Card Number           Exp. Date                Signature

PLEASE REMIT TO:

**WLS**
**A/R PROCESSING**
**P.O. BOX 2286**
**SAN JOSE, CA 95109-2286**

*IRS # 77-0009418*




 **WESTCOAST LEGAL SERVICE**

# INVOICE
**25301308-X3**



P.O. Box 2286, San Jose, CA 95109-2286  (408) 292-8128

**BILL TO:**

Accounting Dept/City Attorney
1390 Market St, 5th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5544217

File No.: 081342
Claim No.: 081342
Pltf/Appl: Remi Tan
vs Def: CCSF
Court: United States District Court
Case No.: C08-1564

Records Pertain To: **Remi Y.L. Tan**
Records From: **Donald H Oga, DDS**
**San Francisco, CA**

**SHIP TO:**

Meghan Higgins
San Francisco City Attorneys Office
1390 Market St, 6th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5543881

IRS # 77-0009418

| ITEM RATE | AMOUNT |
|---|---|
| 3 PAGES @ 0.22 | 0.66 |
| PAGINATION | 0.09 |
| BASIC CHARGE | 12.00 |
| SUPBPOENA PREP | 10.00 |
| SERVE SUBPOENA | 25.00 |
| WITNESS FEE | 15.00 |
| 10% CHECK FEE | 1.50 |
| | |
| **SALES TAX** | 0.06 |

**Notes:**

1.5% finance charge per month on balance over 30 days.
IMPORTANT! Please show Invoice Number with Payment.

| DATE | 02/18/09 | INVOICE NO. | 25301308-X3 | AMOUNT DUE | 64.31 |
|---|---|---|---|---|---|

---

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| Accounting Dept/City Attorney | 5544217 | 25301308-X3 | 02/18/09 | 64.31 |

**PAYMENT CHOICE:**
☐ *CHECK: Payable to WLS*
☐ *CREDIT CARD: VISA / MasterCard (please circle)*

_____ _____ _____ _____
Name on Card         Card Number          Exp. Date              Signature

**PLEASE REMIT TO:**

**WLS
A/R PROCESSING
P.O. BOX 2286
SAN JOSE, CA 95109-2286**





*IRS # 77-0009418*



# INVOICE 25301839

**WESTCOAST LEGAL SERVICE**

41 North First St., San Jose, CA 95113 (408) 292-8128

**BILL TO:**

None
San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.: 5544217

**SHIP TO:**

Meghan Higgins
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5543881

File No.: 081342
Claim No.:
Pltf/Appl: Remi Tan
vs Def: City & Co of San Francisco
Court: UNITED STATES DISTRICT COURT
Case No.: C08-1564

Records Pertain To: **Remi Y.L. Tan**
Records From: **Peninsula Neurological**
**Daly City, CA**

IRS # 77-0009418

| | AMOUNT |
|---|---|
| Copies 16.00 | 3.52 |
| Pagination | .48 |
| File Basic | 12.00 |
| Subpoena Prep | 10.00 |
| Personal Service | 25.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |

**Notes:**

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| | |
|---|---|
| SALES TAX | .38 |

| DATE | April 14, 2009 | INVOICE NO. | 25301839-03 | | 67.88 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25301839-03 | April 14, 2009 | 67.88 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA / MasterCard (please circle)

Name on Card _____ Card Number _____ Exp. Date _____ Signature _____

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**P.O. BOX 2286**
**SAN JOSE, CA 95109-2286**

*IRS # 77-0009418*



 

**BILL TO:**

Accounting Dept/City Attorney
1390 Market St, 5th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5544217

**SHIP TO:**

Meghan Higgins
San Francisco City Attorneys Office
1390 Market St, 6th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5543881

IRS # 77-0009418

File No.: 081342
Claim No.: 081342
Pltf/Appl: Remi Tan
vs Def: CCSF
Court: United States District Court
Case No.: C08-1564

Records Pertain To: **Remi Y.L. Tan**
Records From: **San Francisco County Jail(Main Med Records)**
**San Francisco, CA**

| ITEM RATE | AMOUNT |
|---|---|
| BASIC CHARGE | 12.00 |
| SUPBPOENA PREP | 10.00 |
| SERVE SUBPOENA | 25.00 |
| WITNESS FEE | 15.00 |
| 10% CHECK FEE | 1.50 |
| CERT NO RECORDS | 5.00 |

**Notes:**
NO RECORDS AVAILABLE FROM THIS WITNESS WITH
INFORMATION PROVIDED

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| | | SALES TAX | 0.43 |
|---|---|---|---|
| DATE 07/15/08 | INVOICE NO. 25300159-X1 | **AMOUNT DUE** | 68.93 |

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| Accounting Dept/City Attorney | 5544217 | 25300159-X1 | 07/15/08 | 68.93 |

**PAYMENT CHOICE:**
☐ CHECK: Payable to WLS
☐ CREDIT CARD: VISA / MasterCard (please circle)

_____ _____ _____ _____
Name on Card          Card Number          Exp. Date          Signature

PLEASE REMIT TO:

**WLS**
**A/R PROCESSING**
**P.O. BOX 2286**
**SAN JOSE, CA 95109-2286**

*IRS # 77-0009418*

 



# WESTCOAST LEGAL SERVICE

P.O. Box 2286, San Jose, CA 95109-2286 (408) 292-8128

# INVOICE
## 25300159-02

**BILL TO:**

Accounting Dept/City Attorney
1390 Market St, 5th Fl
San Francisco, CA. 94102
(415) 554-3800

*Client No.:* 5544217

*File No.:* 081342
*Claim No.:* 081342
*Pltf/Appl:* Remi Tan
*vs Def:* CCSF
*Court:* United States District Court
*Case No.:* C08-1564

*Records Pertain To:* **Remi Y.L. Tan**
*Records From:* **San Francisco General**
**San Francisco, CA**

**SHIP TO:**

Meghan Higgins
San Francisco City Attorneys Office
1390 Market St, 6th Fl
San Francisco, CA. 94102
(415) 554-3800

*Client No.:* 5543881

*IRS # 77-0009418*

| ITEM RATE | AMOUNT |
|---|---|
| BASIC CHARGE | 12.00 |
| SUPBPOENA PREP | 10.00 |
| SERVE SUBPOENA | 25.00 |
| WITNESS FEE | 15.00 |
| 10% CHECK FEE | 1.50 |

*Notes:*
UNOBTAINABLE RECORDS. EXPLANATION ATTACHED.

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| SALES TAX | 0.00 |
|---|---|

| DATE | 09/10/08 | INVOICE NO. | 25300159-02 | AMOUNT DUE | 63.50 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| Accounting Dept/City Attorney | 5544217 | 25300159-02 | 09/10/08 | 63.50 |

PAYMENT CHOICE:
☐ *CHECK:* Payable to WLS
☐ *CREDIT CARD:* VISA / MasterCard (please circle)

| Name on Card | Card Number | Exp. Date | Signature |
|---|---|---|---|

PLEASE REMIT TO:

**WLS**
**A/R PROCESSING**
**P.O. BOX 2286**
**SAN JOSE, CA 95109-2286**

*IRS # 77-0009418*



# WESTCOAST LEGAL SERVICE

**INVOICE**
25300159-03

P.O. Box 2286, San Jose, CA 95109-2286  (408) 292-8128



**BILL TO:**

Accounting Dept/City Attorney
1390 Market St, 5th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5544217

File No.: 081342
Claim No.: 081342
Pltf/Appl: Remi Tan
vs Def: CCSF
Court: United States District Court
Case No.: C08-1564

Records Pertain To: **Remi Y.L. Tan**
Records From: **San Francisco General**
**San Francisco, CA**

**SHIP TO:**

Meghan Higgins
San Francisco City Attorneys Office
1390 Market St, 6th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5543881

*IRS # 77-0009418*

| ITEM RATE | AMOUNT |
|---|---|
| 2 PAGES @ 0.22 | 0.44 |
| PAGINATION | 0.06 |
| BASIC CHARGE | 12.00 |
| SUPBPOENA PREP | 10.00 |
| SERVE SUBPOENA | 25.00 |
| WITNESS FEE | 16.02 |
| 10% CHECK FEE | 1.60 |

**Notes:**

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| SALES TAX | 0.04 |
|---|---|

| DATE | 08/21/08 | INVOICE NO. | 25300159-03 | AMOUNT DUE | 65.16 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| Accounting Dept/City Attorney | 5544217 | 25300159-03 | 08/21/08 | 65.16 |

PAYMENT CHOICE:
☐ CHECK: Payable to WLS
☐ CREDIT CARD: VISA / MasterCard (please circle)

_____  _____  _____  _____
Name on Card •          Card Number             Exp. Date               Signature

PLEASE REMIT TO:

**WLS**
**A/R PROCESSING**
**P.O. BOX 2286**
**SAN JOSE, CA 95109-2286**

*IRS # 77-0009418*






# INVOICE 25A01496

**WESTCOAST LEGAL SERVICE**
41 North First St., San Jose, CA 95113 (408) 292-8128

**BILL TO:**

None
San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.: 5544217

**SHIP TO:**

Meghan Higgins
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5543881

File No.: 081342
Claim No.:
Pltf/Appl: Remi Tan
vs Def: City & Co of San Francisco
Court: UNITED STATES DISTRICT COURT
Case No.: C08-1564

Records Pertain To: **Remi Y.L. Tan**
Records From: **San Francisco General Hospital**
**San Francisco, CA**

IRS # 77-0009418

| | AMOUNT |
|---|---|
| Copies 25.00 | 5.50 |
| Pagination | .75 |
| File Basic | 12.00 |
| Subpoena Prep | 10.00 |
| Personal Service | 25.00 |
| Tab/Index Chart | .35 |

Notes:

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| | | |
|---|---|---|
| SALES TAX | | .56 |

| DATE | February 10, 2009 | INVOICE NO. | 25A01496-01 | | 54.16 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25A01496-01 | February 10, 2009 | 54.16 |

PAYMENT CHOICE:
- ☐ CHECK: Payable to WestCoast Legal Service
- ☐ CREDIT CARD: VISA / MasterCard (please circle)

| Name on Card | Card Number | Exp. Date | Signature |
|---|---|---|---|

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**P.O. BOX 2286**
**SAN JOSE, CA 95109-2286**

IRS # 77-0009418





**WESTCOAST LEGAL SERVICE**

41 North First St., San Jose, CA 95113  (408) 292-8128

BILL TO:

None
San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

SHIP TO:

Meghan Higgins
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.:  5544217

Client No.:  5543881

File No.:  081342

IRS # 77-0009418

Claim No.:
Pltf/Appl:  Remi Tan
vs Def:  City & Co of San Francisco
Court:  UNITED STATES DISTRICT COURT
Case No.:  C08-1564

Records Pertain To:  **Remi Y.L. Tan**
Records From:  **San Francisco General Hospital (Billing)**
**San Francisco, CA**

| | AMOUNT |
|---|---|
| Supplemental Records | 10.00 |
| Copies 2.00 | .30 |

Notes:
UPLOADED  25300159-03  TO  WEBSITE  PER  CLIENT
REQUEST

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| | SALES TAX | .03 |
|---|---|---|
| DATE  August 27, 2009  INVOICE NO.  25S02836-01 | | 10.33 |

---

### PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25S02836-01 | August 27, 2009 | 10.33 |

PAYMENT CHOICE:
☐ *CHECK: Payable to WestCoast Legal Service*
☐ *CREDIT CARD: VISA  /  MasterCard  (please circle)*

Name on Card        Card Number        Exp. Date        Signature

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**P.O. BOX 2286**
**SAN JOSE, CA 95109-2286**

*IRS # 77-0009418*



 

**INVOICE**
25300159-X2

P.O. Box 2286, San Jose, CA 95109-2286  (408) 292-8128

BILL TO:

Accounting Dept/City Attorney
1390 Market St, 5th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5544217

File No.: 081342
Claim No.: 081342
Pltf/Appl: Remi Tan
vs Def: CCSF
Court: United States District Court
Case No.: C08-1564

Records Pertain To: **Remi Y.L. Tan**
Records From: **San Francisco General C/O Fotomed Solutions Clovis, CA**

SHIP TO:

Meghan Higgins
San Francisco City Attorneys Office
1390 Market St, 6th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5543881

IRS # 77-0009418

| ITEM RATE | AMOUNT |
|---|---|
| BASIC CHARGE | 12.00 |
| SUPBPOENA PREP | 10.00 |
| SERVE SUBPOENA | 25.00 |
| WITNESS FEE | 15.00 |
| 10% CHECK FEE | 1.50 |

Notes:
UNOBTAINABLE RECORDS. EXPLANATION ATTACHED.

1.5% finance charge per month on balance over 30 days.
IMPORTANT! Please show Invoice Number with Payment.

| | | |
|---|---|---|
| SALES TAX | | 0.00 |
| DATE 09/10/08 | INVOICE NO. 25300159-X2 | AMOUNT DUE 63.50 |

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| Accounting Dept/City Attorney | 5544217 | 25300159-X2 | 09/10/08 | 63.50 |

PAYMENT CHOICE:
☐ CHECK: Payable to WLS
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

_____ _____ _____ _____
Name on Card       Card Number        Exp. Date          Signature

PLEASE REMIT TO:

**WLS
A/R PROCESSING
P.O. BOX 2286
SAN JOSE, CA 95109-2286**

 

 **WESTCOAST LEGAL SERVICE**

41 North First St., San Jose, CA 95113 (408) 292-8128



BILL TO:

None
San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.: 5544217

SHIP TO:

Meghan Higgins
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5543881

| | |
|---|---|
| File No.: | 081342 |
| Claim No.: | |
| Pltf/Appl: | Remi Tan |
| vs Def: | City & Co of San Francisco |
| Court: | UNITED STATES DISTRICT COURT |
| Case No.: | C08-1564 |
| Records Pertain To: | **Remi Y.L. Tan** |
| Records From: | **San Francisco General Hospital C/O FotoMed Solutions Clovis, CA** |

IRS # 77-0009418

| | AMOUNT |
|---|---|
| File Basic | 12.00 |
| Subpoena Prep | 10.00 |
| Personal Service | 25.00 |
| Witness Fee | 366.00 |
| Check Charge | 36.60 |

Notes:
FEE ADVANCES FOR PRODUCTION OF RECORDS

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| SALES TAX | .00 |
|---|---|

| DATE | March 23, 2009 | INVOICE NO. | 25300159-01 | | 449.60 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25300159-01 | March 23, 2009 | 449.60 |

PAYMENT CHOICE:
- ☐ CHECK: Payable to WestCoast Legal Service
- ☐ CREDIT CARD: VISA / MasterCard (please circle)

_____     _____     _____     _____
Name on Card            Card Number              Exp. Date                   Signature

PLEASE REMIT TO:

**WestCoast Legal Service
A/R PROCESSING
P.O. BOX 2286
SAN JOSE, CA 95109-2286**

*IRS # 77-0009418*





# WESTCOAST LEGAL SERVICE

41 North First St., San Jose, CA 95113 (408) 292-8128

## INVOICE 25301839

**BILL TO:**

None
San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.: 5544217

**SHIP TO:**

Meghan Higgins
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5543881

File No.: 081342
Claim No.:
Pltf/Appl: Remi Tan
vs Def: City & Co of San Francisco
Court: UNITED STATES DISTRICT COURT
Case No.: C08-1564

Records Pertain To: **Remi Y.L. Tan**
Records From: **Seton Medical Center**
**Daly City, CA**

IRS # 77-0009418

| | AMOUNT |
|---|---|
| File Basic | 12.00 |
| Subpoena Prep | 10.00 |
| Serve Subpoena | 25.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |
| No Records Certificate | 5.00 |

**Notes:**
NO RECORDS AVAILABLE FROM THIS WITNESS WITH
INFORMATION PROVIDED

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| | | | | |
|---|---|---|---|---|
| | | | SALES TAX | .00 |
| DATE | April 28, 2009 | INVOICE NO. | 25301839-04 | 68.50 |

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| an Francisco City Attorneys Office - Accounting Dept | 5544217 | 25301839-04 | April 28, 2009 | 68.50 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA / MasterCard (please circle)

_____  _____  _____  _____
Name on Card          Card Number           Exp. Date              Signature

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**P.O. BOX 2286**
**SAN JOSE, CA 95109-2286**

*IRS # 77-0009418*





# WESTCOAST LEGAL SERVICE

41 North First St., San Jose, CA 95113  (408) 292-8128

**BILL TO:**

None
San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

*Client No.:*  5544217

*File No.:*  081342
*Claim No.:*
*Pltf/Appl:*  Remi Tan
*vs Def:*  City & Co of San Francisco
*Court:*  UNITED STATES DISTRICT COURT
*Case No.:*  C08-1564

**Records Pertain To:**  **Remi Y.L. Tan**
**Records From:**  **Seton Medical Center C/O Daughters of Charity**
**Redwood City, CA**

**SHIP TO:**

Meghan Higgins
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

*Client No.:*  5543881

*IRS # 77-0009418*

| | AMOUNT |
|---|---|
| Copies 4.00 | .88 |
| Pagination | .12 |
| File Basic | 12.00 |
| Subpoena Prep | 10.00 |
| Personal Service | 25.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |

**Notes:**

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| | |
|---|---|
| SALES TAX | .10 |

| DATE | April 14, 2009 | INVOICE NO. | 25301839-05 | | 64.60 |
|---|---|---|---|---|---|

---

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25301839-05 | April 14, 2009 | 64.60 |

PAYMENT CHOICE:
☐ *CHECK: Payable to WestCoast Legal Service*
☐ *CREDIT CARD: VISA  /  MasterCard  (please circle)*

_____    _____    _____    _____
Name on Card                  Card Number                  Exp. Date                  Signature

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**P.O. BOX 2286**
**SAN JOSE, CA 95109-2286**

*IRS # 77-0009418*





# INVOICE 25301839

**WESTCOAST LEGAL SERVICE**
41 North First St., San Jose, CA 95113  (408) 292-8128

**BILL TO:**

None
San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.: 5544217

**SHIP TO:**

Meghan Higgins
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5543881

IRS # 77-0009418

| File No.: | 081342 |
| Claim No.: | |
| Pltf/Appl: | Remi Tan |
| vs Def: | City & Co of San Francisco |
| Court: | UNITED STATES DISTRICT COURT |
| Case No.: | C08-1564 |

Records Pertain To: **Remi Y.L. Tan**
Records From: **Seton Medical Center**
**Daly City, CA**

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |

*Notes:*
ORDER CANCELLED AT CLIENT REQUEST

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| SALES TAX | .00 |
|---|---|

| DATE | May 21, 2009 | INVOICE NO. | 25301839-06 | | 55.50 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25301839-06 | May 21, 2009 | 55.50 |

PAYMENT CHOICE:
- [ ] CHECK: Payable to WestCoast Legal Service
- [ ] CREDIT CARD: VISA  /  MasterCard  (please circle)

| Name on Card | Card Number | Exp. Date | Signature |
|---|---|---|---|

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**P.O. BOX 2286**
**SAN JOSE, CA 95109-2286**

*IRS # 77-0009418*





# WESTCOAST
# LEGAL SERVICE

**INVOICE**
25300159-05

P.O. Box 2286, San Jose, CA 95109-2286  (408) 292-8128

**BILL TO:**

Accounting Dept/City Attorney
1390 Market St, 5th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.:  5544217

File No.:  081342
Claim No.:  081342
Pltf/Appl:  Remi Tan
vs Def:  CCSF
Court:  United States District Court
Case No.:  C08-1564

Records Pertain To:  **Remi Y.L. Tan**
Records From:  **SFFD-EMS (Billing)**
**San Francisco, CA**

**SHIP TO:**

Meghan Higgins
San Francisco City Attorneys Office
1390 Market St, 6th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.:  5543881

*IRS # 77-0009418*

| ITEM RATE | AMOUNT |
|---|---|
| BASIC CHARGE | 12.00 |
| SUPBPOENA PREP | 10.00 |
| SERVE SUBPOENA | 25.00 |
| WITNESS FEE | 15.00 |
| 10% CHECK FEE | 1.50 |
| CERT NO RECORDS | 5.00 |
| | |
| | |
| SALES TAX | 0.43 |

**Notes:**
NO RECORDS AVAILABLE FROM THIS WITNESS WITH INFORMATION PROVIDED

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| DATE | 07/15/08 | INVOICE NO. | 25300159-05 | AMOUNT DUE | 68.93 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| Accounting Dept/City Attorney | 5544217 | 25300159-05 | 07/15/08 | 68.93 |

**PAYMENT CHOICE:**
☐ *CHECK: Payable to WLS*
☐ *CREDIT CARD: VISA  /  MasterCard  (please circle)*

_____  _____  _____  _____
Name on Card                          Card Number                       Exp. Date                Signature

PLEASE REMIT TO:

**WLS**
**A/R PROCESSING**
**P.O. BOX 2286**
**SAN JOSE, CA 95109-2286**

*IRS # 77-0009418*




# WESTCOAST LEGAL SERVICE

P.O. Box 2286, San Jose, CA 95109-2286  (408) 292-8128

# INVOICE
25300159-04

**BILL TO:**

Accounting Dept/City Attorney
1390 Market St, 5th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5544217

File No.: 081342
Claim No.: 081342
Pltf/Appl: Remi Tan
vs Def: CCSF
Court: United States District Court
Case No.: C08-1564

Records Pertain To: **Remi Y.L. Tan**
Records From: **SFFD-EMS**
**San Francisco, CA**

**SHIP TO:**

Meghan Higgins
San Francisco City Attorneys Office
1390 Market St, 6th Fl
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5543881

IRS # 77-0009418

| ITEM RATE | AMOUNT |
|---|---|
| 2 PAGES @ 0.22 | 0.44 |
| PAGINATION | 0.06 |
| BASIC CHARGE | 12.00 |
| SUPBPOENA PREP | 10.00 |
| SERVE SUBPOENA | 25.00 |
| WITNESS FEE | 15.00 |
| 10% CHECK FEE | 1.50 |

Notes:

1.5% finance charge per month on balance over 30 days.
IMPORTANT! Please show Invoice Number with Payment.

| SALES TAX | 0.04 |
|---|---|

| DATE | 07/11/08 | INVOICE NO. | 25300159-04 | AMOUNT DUE | 64.04 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| Accounting Dept/City Attorney | 5544217 | 25300159-04 | 07/11/08 | 64.04 |

PAYMENT CHOICE:
☐ CHECK: Payable to WLS
☐ CREDIT CARD: VISA  /  MasterCard  (please circle)

_____  _____  _____  _____
Name on Card                    Card Number                   Exp. Date              Signature

PLEASE REMIT TO:

**WLS**
**A/R PROCESSING**
**P.O. BOX 2286**
**SAN JOSE, CA 95109-2286**

IRS # 77-0009418






# INVOICE 25301983

**WESTCOAST LEGAL SERVICE**
41 North First St., San Jose, CA 95113 (408) 292-8128

**BILL TO:**

None
San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.: 5544217

**SHIP TO:**

Meghan Higgins
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5543881

File No.: 081342
Claim No.:
Pltf/Appl: Remi Tan
vs Def: City & Co of San Francisco
Court: UNITED STATES DISTRICT COURT
Case No.: C08-1564

Records Pertain To: **Remi Y.L. Tan**
Records From: **Stanford University Hospital & Clinics**
**Stanford, CA**

*IRS # 77-0009418*

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |
| Copies 35.00 | 5.25 |
| Tab/Index/Cover | 2.00 |
| | |
| SALES TAX | .69 |
| | 63.44 |

Notes:

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| DATE | May 19, 2009 | INVOICE NO. | 25301983-02 |
|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25301983-02 | May 19, 2009 | 63.44 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA / MasterCard (please circle)

_____ _____ _____ _____
Name on Card     Card Number      Exp. Date        Signature

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**P.O. BOX 2286**
**SAN JOSE, CA 95109-2286**

*IRS # 77-0009418*



 **WESTCOAST LEGAL SERVICE**

41 North First St., San Jose, CA 95113 (408) 292-8128

# INVOICE 25301983

BILL TO:

None
San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

SHIP TO:

Meghan Higgins
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5544217

Client No.: 5543881

IRS # 77-0009418

| File No.: | 081342 | | AMOUNT |
|---|---|---|---|
| Claim No.: | | | |
| Pltf/Appl: | Remi Tan | File Basic | 12.00 |
| vs Def: | City & Co of San Francisco | Subpoena Prep | 10.00 |
| Court: | UNITED STATES DISTRICT COURT | Personal Service | 25.00 |
| Case No.: | C08-1564 | *Witness Fee | 15.00 |
| | | *Check Charge | 1.50 |

Records Pertain To: **Remi Y.L. Tan**
Records From: **Stanford University Hosp& Clinics/Film Library**
**Stanford, CA**

Notes:
ORDER CANCELLED AT CLIENT REQUEST

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| | | | | SALES TAX | .00 |
|---|---|---|---|---|---|
| DATE | April 9, 2009 | INVOICE NO. | 25301983-03 | | 63.50 |

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| an Francisco City Attorneys Office - Accounting Dept | 5544217 | 25301983-03 | April 9, 2009 | 63.50 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA / MasterCard (please circle)

_____     _____     _____     _____
Name on Card            Card Number              Exp. Date                Signature

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**P.O. BOX 2286**
**SAN JOSE, CA 95109-2286**

IRS # 77-0009418



 **WESTCOAST LEGAL SERVICE**

41 North First St., San Jose, CA 95113  (408) 292-8128



# INVOICE 25301983

**BILL TO:**

None
San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

**SHIP TO:**

Meghan Higgins
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5544217

Client No.: 5543881

*IRS # 77-0009418*

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |
| Copies 6.00 | .90 |
| Tab/Index/Cover | 2.00 |

File No.: 081342
Claim No.:
Pltf/Appl: Remi Tan
vs Def: City & Co of San Francisco
Court: UNITED STATES DISTRICT COURT
Case No.: C08-1564
Records Pertain To: **Remi Y.L. Tan**
Records From: **Stanford University Clinic Business Office
Palo Alto, CA**

Notes:

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| SALES TAX | .28 |
|---|---|

| DATE | June 29, 2009 | INVOICE NO. | 25301983-04 | | 58.68 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| an Francisco City Attorneys Office - Accounting Dept | 5544217 | 25301983-04 | June 29, 2009 | 58.68 |

PAYMENT CHOICE:
☐ *CHECK: Payable to WestCoast Legal Service*
☐ *CREDIT CARD: VISA / MasterCard (please circle)*

| Name on Card | Card Number | Exp. Date | Signature |
|---|---|---|---|

PLEASE REMIT TO:

**WestCoast Legal Service
A/R PROCESSING
P.O. BOX 2286
SAN JOSE, CA 95109-2286**

*IRS # 77-0009418*



# WESTCOAST LEGAL SERVICE

41 North First St., San Jose, CA 95113  (408) 292-8128

## INVOICE 25301983

**BILL TO:**

None
San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.: 5544217

File No.: 081342
Claim No.:
Pltff/Appl: Remi Tan
vs Def: City & Co of San Francisco
Court: UNITED STATES DISTRICT COURT
Case No.: C08-1564

Records Pertain To: **Remi Y.L. Tan**
Records From: **Stanford University Medical Ctr Physician Billing**
**Palo Alto, CA**

**SHIP TO:**

Meghan Higgins
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5543881

IRS # 77-0009418

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |
| Copies 1.00 | .15 |

**Notes:**
DIGITAL RECORDS ONLY SENT  PER CLIENT REQUEST

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| | SALES TAX | .01 |
|---|---|---|

| DATE | July 22, 2009 | INVOICE NO. | 25301983-05 | | 55.66 |
|---|---|---|---|---|---|

---

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25301983-05 | July 22, 2009 | 55.66 |

**PAYMENT CHOICE:**
☐ *CHECK:* Payable to WestCoast Legal Service
☐ *CREDIT CARD:* VISA  /  MasterCard  (please circle)

Name on Card          Card Number          Exp. Date          Signature

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**P.O. BOX 2286**
**SAN JOSE, CA 95109-2286**

*IRS # 77-0009418*





# INVOICE
### Invoice No. 52832

**FreeWheelin'**
ATTORNEY SERVICE

41 Sutter Street, Suite 1777
San Francisco, California 94104
(415) 487-1750 Fax: (415) 278-9918

**Invoice Date:** January 16, 2009

**Client Code:** CA305

OFFICE OF THE CITY ATTORNEY
Attn: MEGHAN HIGGINS SB#235685
1390 MARKET ST., 6TH FLR.
SAN FFRANCISCO, CA    94102-

**Reference #:** 081342

**Case No:** C08-1564 SI

**Court:** UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA

**Plaintiff:** REMI TAN,

**Defendant:** CITY AND COUNTY OF SAN
FRANCISCO, ET AL.,

**Document(s):** SUBPOENA;

**Report:** ATTEMPTED TO SERVE COPIES TO JOON LEE TAN, 555 FARALLON AVE., PACIFICA, CA ON
THE FOLLOWING:
1/13/09 6:59PM, NO ANSWER.
1/14/09 7:15PM, NO ANSWER.
1/16/09 JOB CANCELED PER CLIENT.

| Services Performed: | Qty | Price each | Total |
|---|---|---|---|
| Service of Process-Pacifica | 2 | $80.00 | $160.00 |
| Vehicle Surcharge | 1 | $5.00 | $5.00 |
| **Fee Advance:** | | | $0.00 |
| **Fee Advance Charge:** | | | $0.00 |

| | | |
|---|---|---|
| | **TOTAL INVOICE:** | $165.00 |
| 2/17/2009 | **PAYMENT(S):** | $165.00 |
| | **AMOUNT DUE:** | $0.00 |

Terms: Net 30 days



**FreeWheelin'**
ATTORNEY SERVICE

41 Sutter Street, Suite 1777
San Francisco, California 94104
(415) 487-1750 Fax: (415) 278-9918

# INVOICE
Invoice No. 55775

**Invoice Date:** January 21, 2010

**Client Code:** CA305

OFFICE OF THE CITY ATTORNEY
Attn: MEGHAN HIGGINS SB#235685
1390 MARKET ST., 6TH FLR.
SAN FFRANCISCO, CA        94102-

**Reference #:** 081342

**Case No:** C08-1564 SI

**Court:** UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA

**Plaintiff:** REMI TAN,

**Defendant:** CITY AND COUNTY OF SAN
FRANCISCO, ET AL.,

**Document(s):** SUBPOENA;

**Report:** SERVED COPIES TO JOON LEE TAN, 555 FARALLON AVE., PACIFICA, CA, ADVANCED
WITNESS FEES (PER CLIENT'S REQUEST).

| Services Performed: | Qty | Price each | Total |
|---|---|---|---|
| Service of Process-Pacifica | 1 | $80.00 | $80.00 |
| Vehicle Surcharge | 1 | $5.00 | $5.00 |
| | | Fee Advance: | $48.00 |
| | | Fee Advance Charge: | $7.20 |

**TOTAL INVOICE:** $140.20

**PAYMENT(S):** $0.00

**AMOUNT DUE:** $140.20

Terms: Net 30 days



**FreeWheelin'**
ATTORNEY SERVICE

41 Sutter Street, Suite 1777
San Francisco, California 94104
(415) 487-1750  Fax: (415) 278-9918

# INVOICE
Invoice No. 53195

| | |
|---|---|
| **Invoice Date:** February 17, 2009 | **Reference #:** 081342 |
| **Client Code:** CA305 | **Case No:** C08-1564 SI |
| | **Court:** UNITED STATES DISTRICT COURT |
| OFFICE OF THE CITY ATTORNEY | NORTHERN DISTRICT OF |
| Attn: MEGHAN HIGGINS SB#235685 | CALIFORNIA |
| 1390 MARKET ST., 6TH FLR. | **Plaintiff:** REMI TAN, |
| SAN FFRANCISCO, CA      94102- | |
| | **Defendant:** CITY AND COUNTY OF SAN |
| | FRANCISCO, ET AL., |

**Document(s):** SUBPOENA;

**Report:** 2/10/09 SERVED COPIES TO JOON LEE TAN, 555 FARALLON AVE., PACIFICA, CA.

| Services Performed: | Qty | Price each | Total |
|---|---|---|---|
| Service of Process-Pacifica | 1 | $80.00 | $80.00 |
| Vehicle Surcharge | 1 | $5.00 | $5.00 |
| | | **Fee Advance:** | $0.00 |
| | | **Fee Advance Charge:** | $0.00 |

| | | |
|---|---|---|
| | **TOTAL INVOICE:** | $85.00 |
| 3/20/2009 | **PAYMENT(S):** | $85.00 |
| | **AMOUNT DUE:** | $0.00 |

Terms: Net 30 days



**FreeWheelin'**
ATTORNEY SERVICE

41 Sutter Street, Suite 1777
San Francisco, California 94104
(415) 487-1750  Fax: (415) 278-9918

# INVOICE
Invoice No. 53370

**Invoice Date:** March 19, 2009
**Client Code:** CA305

OFFICE OF THE CITY ATTORNEY
Attn: MEGHAN HIGGINS SB#235685
1390 MARKET ST., 6TH FLR.
SAN FFRANCISCO, CA      94102-

**Reference #:** 081342
**Case No:** C08-1564 SI
**Court:** UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA
**Plaintiff:** REMI TAN,

**Defendant:** CITY AND COUNTY OF SAN
FRANCISCO, ET AL.,

**Document(s):** SUBPOENA;

**Report:** SERVED COPIES TO TINA TSANG, 1262 21ST AVE., APT. A, SAN FRANCISCO, CA, ADVANCED
WITNESS FEES PER CLIENT'S REQUEST.

| Services Performed: | Qty | Price each | Total |
|---|---|---|---|
| Service of Process - S.F. Zone 4 | 1 | $45.00 | $45.00 |
| Vehicle Surcharge | 1 | $5.00 | $5.00 |
| | | **Fee Advance:** | $41.00 |
| | | **Fee Advance Charge:** | $5.00 |

| | | |
|---|---|---|
| | **TOTAL INVOICE:** | **$96.00** |
| 5/8/2009 | **PAYMENT(S):** | **$96.00** |
| | **AMOUNT DUE:** | **$0.00** |

Terms: Net 30 days

 WESTCOAST LEGAL SERVICE
41 North First St., San Jose, CA 95113 (408) 292-8128



BILL TO:

None
San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.: 5544217

File No.: 081342
Claim No.:
Pltf/Appl: Remi Tan
vs Def: City & Co of San Francisco
Court: UNITED STATES DISTRICT COURT
Case No.: C08-1564

Records Pertain To: **Remi Y.L. Tan**
Records From: **Alice Yan, MD**
**Daly City, CA**

SHIP TO:

Meghan Higgins
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5543881

IRS # 77-0009418

| | AMOUNT |
|---|---|
| Copies 15.00 | 3.30 |
| Pagination | .45 |
| File Basic | 12.00 |
| Subpoena Prep | 10.00 |
| Personal Service | 25.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |

Notes:

1.5% finance charge per month on balance over 30 days.
IMPORTANT! Please show Invoice Number with Payment.

| SALES TAX | .36 |
|---|---|

| DATE | April 14, 2009 | INVOICE NO. | 25301844-01 | | 67.61 |
|---|---|---|---|---|---|

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25301844-01 | April 14, 2009 | 67.61 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA / MasterCard (please circle)

_____  _____  _____  _____
Name on Card       Card Number        Exp. Date          Signature

PLEASE REMIT TO:

**WestCoast Legal Service
A/R PROCESSING
P.O. BOX 2286
SAN JOSE, CA 95109-2286**

IRS # 77-0009418



 **WESTCOAST LEGAL SERVICE**

41 North First St., San Jose, CA 95113 (408) 292-8128



**INVOICE** 25301844

BILL TO:

None
San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

SHIP TO:

Meghan Higgins
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5544217

Client No.: 5543881

IRS # 77-0009418

| File No.: | 081342 |
| Claim No.: | |
| Pltf/Appl: | Remi Tan |
| vs Def: | City & Co of San Francisco |
| Court: | UNITED STATES DISTRICT COURT |
| Case No.: | C08-1564 |

Records Pertain To: **Remi Y.L. Tan**
Records From: **Alice Yan, MD (Billing)**
**Daly City, CA**

| | AMOUNT |
| --- | --- |
| Supplemental Records | 10.00 |
| Copies 2.00 | .30 |
| Tab/Index/Cover | 2.00 |

Notes:

*1.5% finance charge per month on balance over 30 days.*
*IMPORTANT! Please show Invoice Number with Payment.*

| | SALES TAX | .22 |

| DATE | May 18, 2009 | INVOICE NO. | 25301844-02 | | 12.52 |

---

## PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
| --- | --- | --- | --- | --- |
| an Francisco City Attorneys Office - Accounting Dept | 5544217 | 25301844-02 | May 18, 2009 | 12.52 |

PAYMENT CHOICE:

☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA / MasterCard (please circle)

Name on Card _____ Card Number _____ Exp. Date _____ Signature _____

PLEASE REMIT TO:

**WestCoast Legal Service**
**A/R PROCESSING**
**P.O. BOX 2286**
**SAN JOSE, CA 95109-2286**

*IRS # 77-0009418*



# EXHIBIT B

**BONNIE WAGNER**
**COURT REPORTING SERVICE**
41 SUTTER STREET, STE. 1605
SAN FRANCISCO, CA 94104
(415) 982-4849
TAX ID 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

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 2/9/2009 | 181793 |

**BILL TO:**

Meghan Higgins
Deputy City Attorney
Office of the City Attorney
1390 Market Street, 7th Floor
San Francisco, CA 94102

Remi Tan vs CCSF, et al

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Deposition of Normann Petersen | |
| Reported on 01/23/09 | |
| Original and one copy (70 Pages -- Videotaped Deposition) | 395.50 |
| Exhibits | 0.70 |

**TOTAL** $396.20

# Invoice

**BONNIE WAGNER**
**COURT REPORTING SERVICE**
41 SUTTER STREET, STE. 1605
SAN FRANCISCO, CA 94104
(415) 982-4849
TAX ID 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

| DATE | INVOICE # |
|---|---|
| 3/12/2009 | 181864 |

**BILL TO:**

Meghan Higgins
Deputy City Attorney
Office of the City Attorney
1390 Market Street, 7th Floor
San Francisco, CA 94102

Remi Tan vs CCSF, et al
U.S. District Court, Northern District
Case No. C08-1564 SI

| DESCRIPTION | AMOUNT |
|---|---|
| Deposition of Joon Tan, Volume I<br>Reported on 02/25/09<br>Original and one copy (122 Pages) | 549.00 |

| TOTAL | $549.00 |

**BONNIE WAGNER**
COURT REPORTING SERVICE
41 SUTTER STREET, STE. 1605
SAN FRANCISCO, CA 94104
(415) 982-4849
TAX ID 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

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/24/2009 | 181875 |

**BILL TO:**

Meghan Higgins
Deputy City Attorney
Office of the City Attorney
1390 Market Street, 7th Floor
San Francisco, CA 94102

Remi Tan vs CCSF, et al
U.S. District Court, Northern District
Case No. C08-1564 SI

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Deposition of Joon Tan, Volume II | |
| Reported on 03/03/09 | |
| Original and one copy (138 Pages) | 621.00 |
| Exhibits (3 B/W; 1 Color) | 0.00 |
| Meet & Confer | 45.00 |

| **TOTAL** | $666.00 |

# Invoice

**BONNIE WAGNER**
**COURT REPORTING SERVICE**
41 SUTTER STREET, STE. 1605
SAN FRANCISCO, CA 94104
(415) 982-4849
TAX ID 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

| DATE | INVOICE # |
|------|-----------|
| 4/20/2009 | 181912 |

**BILL TO:**

Meghan Higgins
Deputy City Attorney
Office of the City Attorney
1390 Market Street, 7th Floor
San Francisco, CA  94102

Remi Tan vs CCSF, et al
U.S. District Court, Northern District
Case No. C08-1564 SI

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Deposition of Remi Tan | |
| Reported on 03/24/09 | |
| Original and one copy  (59 Pages) | 275.00 |
| Exhibits  (3 B/W) | 0.00 |

**TOTAL**     $275.00

**BONNIE WAGNER**
**COURT REPORTING SERVICE**
41 SUTTER STREET, STE. 1605
SAN FRANCISCO, CA 94104
(415) 982-4849
TAX ID 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

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/20/2009 | 181918 |

**BILL TO:**

Meghan Higgins
Deputy City Attorney
Office of the City Attorney
1390 Market Street, 7th Floor
San Francisco, CA 94102

Remi Tan vs CCSF, et al
U.S. District Court, Northern District
Case No. C08-1564 SI

PAID

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Deposition of Tina Tsang<br>Reported on 04/04/09<br>Original and one copy  (Minimum Charge) | 275.00 |

| **TOTAL** | $275.00 |

705 (6/09)

# Invoice

**BONNIE WAGNER**
**COURT REPORTING SERVICE**
41 SUTTER STREET, STE. 1605
SAN FRANCISCO, CA 94104
(415) 982-4849
TAX ID 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

| DATE | INVOICE # |
|------|-----------|
| 6/16/2009 | 182051 |

**BILL TO:**

Blake Loebs
Deputy City Attorney
Office of the City Attorney
1390 Market Street, 6th Floor
San Francisco, CA  94102

Remi Tan  vs CCSF, et al

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Deposition of Maurice R. Growney, Jr., D.D.S. | |
| Reported on 05/29/09 | |
| Original and one copy  (127 Pages Expert Testimony) | 590.55 |
| Exhibits  (25 B/W) | 4.50 |

| | TOTAL | $595.05 |
|--|-------|---------|

84705 (8/09)

# Invoice

**BONNIE WAGNER**
**COURT REPORTING SERVICE**
41 SUTTER STREET, STE. 1605
SAN FRANCISCO, CA 94104
(415) 982-4849
TAX ID 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

| DATE | INVOICE # |
|------|-----------|
| 6/17/2009 | 182061 |

**BILL TO:**

Blake Loebs
Deputy City Attorney
Office of the City Attorney
1390 Market Street, 6th Floor
San Francisco, CA 94102

Remi Tan vs CCSF, et al

PAID

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Deposition of Stephen Hoffman, M.D. | |
| Reported on 05/28/09 | |
| Original and one copy  (93 Pages/Expert Testimony) | 432.45 |
| Exhibits  (29 B/W) | 5.70 |

| | |
|--|--|
| **TOTAL** | $438.15 |

© 2003 INTUIT INC. ★ 1-800-433-8810

**BONNIE WAGNER**
**COURT REPORTING SERVICE**
41 SUTTER STREET, STE. 1605
SAN FRANCISCO, CA 94104
(415) 982-4849
TAX ID 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

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/19/2009 | 182076 |

**BILL TO:**

Blake Loebs
Deputy City Attorney
Office of the City Attorney
1390 Market Street, 6th Floor
San Francisco, CA  94102

Remi Tan  vs CCSF, et al
U.S. District Court, Northern District
Case No. C 08 1564 SI

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Deposition of Eric Isaacs, M.D. | |
| Reported on 06/03/09 | |
| Original and one copy  (51 Pages/Expert Testimony) | 275.00 |
| Exhibits  (44 B/W) | 10.20 |

**TOTAL**     $285.20

**BONNIE WAGNER**
**COURT REPORTING SERVICE**
41 SUTTER STREET, STE. 1605
SAN FRANCISCO, CA 94104
(415) 982-4849
TAX ID 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

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/19/2009 | 182075 |

**BILL TO:**

Meghan Higgins
Deputy City Attorney
Office of the City Attorney
1390 Market Street, 7th Floor
San Francisco, CA 94102

Remi Tan vs CCSF, et al
U.S. District Court, Northern District
Case No. C08 1564 MEJ

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Deposition of Damon M. Walcott, M.D. | |
| Reported on 06/03/09 | |
| Original and one copy  (207 Pages) | 962.55 |
| Exhibits  (29 B/W) | 5.70 |

| | |
|---|---|
| **TOTAL** | $968.25 |

PAID

# INVOICE

HANNAH KAUFMAN & ASSOCIATES, INC.
Certified Shorthand Reporters
482 Bright Street
San Francisco, CA 94132-2802
Phone:415-337-2077 Fax:415-337-2073

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 128014 | 9/30/2008 | 69296 |
| **Job Date** | **Case No.** | |
| 9/19/2008 | C081564SI | |
| **Case Name** | | |
| Remi Tan v. CCSF, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

Meghan K. Higgins, D.C.A.
San Francisco City Attorney's Office
1390 Market Street
Fox Plaza
San Francisco, CA 94102

ORIGINAL AND ONE COPY OF THE DEPOSITION TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Remi Tan | 259.00 | Pages | 1,618.75 |
| Color Exhibits | 12.00 | | 18.00 |
| Scanned Exhibits | 12.00 | Page | 1.20 |
| CD ROM | | | 10.00 |

**TOTAL DUE >>>**     **$1,647.95**

Tax ID: 94-2963817

Phone: 415-554-3800   Fax:415-554-3837

*Please detach bottom portion and return with payment.*

Meghan K. Higgins, D.C.A.
San Francisco City Attorney's Office
1390 Market Street
Fox Plaza
San Francisco, CA 94102

Job No.    : 69296          BU ID      :1-MAIN
Case No.   : C081564SI
Case Name  : Remi Tan v. CCSF, et al.

Invoice No. : 128014        Invoice Date :9/30/2008
**Total Due : $ 1,647.95**

Remit To:  **HANNAH KAUFMAN & ASSOCIATES, INC.**
           **Certified Shorthand Reporters**
           **482 Bright Street**
           **San Francisco, CA 94132-2802**

## PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:



# Mike Tunick Videography

Certified Legal Video Specialist
6585 Commerce Blvd. #132
Rohnert Park, CA 94928-7824
707-792-2488

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/10/2009 | 886 |

**Bill To**

San Francisco City Attorneys Office
1390 Market St. 7th fl.
San Francisco CA 94102
Attn: Meghan Higgins



RECEIVED
FEB 1 2 2009
By

| Terms |
|-------|
| Net 30 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 3 | Remi Tan v. CCSF et. al. video depo of Normann Peterersen on Jan 23, 2009  9 am arrive to set up to 12:00 depart | 80.00 | 240.00 |
| 1 | 1 master DVD | | |
| 1 | 1 hr mpeg video encoding | 10.00 | 10.00 |
| 1 | 1 hr. video/text sync | 55.00 | 55.00 |
| | | 55.00 | 55.00 |
| | Parking  no charge  per new agreement | 0.00 | 0.00 |

081342

2-27-09

| E-mail | | **Total** | **$360.00** |
|--------|--|-----------|-------------|
| mikevideos@comcast.net | 707-484-0875 cell | | |

ROBERT BARNES ASSOCIATES
760 MARKET STREET, #844
SAN FRANCISCO, CA 94102
(415) 788-7191   Fax  (415) 788-6401

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 99911 | 02/27/2009 | 01-38052 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/10/2009 | SCHRKI | |

| CASE CAPTION | | |
|---|---|---|
| TAN vs. CITY & COUNTY OF S.F. | | |

| TERMS | | |
|---|---|---|
| Due Upon Receipt | | |

MEGHAN K. HIGGINS
OFFICE OF THE CITY ATTORNEY
1390 MARKET ST
FOX PLAZA STE 250
SAN FRANCISCO, CA 94102-5404

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
  BOBBY CHEUNG
          EXHIBITS                    69 Pages @      2.70/Page       186.30
          CONDENSED and/or ASCII       8 Pages @       .40/Page         3.20
1 CERTIFIED COPY OF TRANSCRIPT OF:                                     20.00
  EDDIE WU
          CONDENSED and/or ASCII      57 Pages @      2.70/Page       153.90
          DELIVERY                                                     20.00
                                                                       15.00
```

*less 10% — 39.84*

**TOTAL   DUE**   >>>>   ~~398.40~~ 358.

AFTER 04/13/2009 PAY                              458.16

YOU MAY DEDUCT 10% IF PAID WITHIN 30 DAYS
(We Accept VISA and MASTERCARD)

OK TO PAY
FILE #: 081342
BY: _____   3-12-09
                        Date

TAX ID NO. : 94-3073431

(415) 554-3800

*Please detach bottom portion and return with payment.*

MEGHAN K. HIGGINS
OFFICE OF THE CITY ATTORNEY
1390 MARKET ST
FOX PLAZA STE 250
SAN FRANCISCO, CA 94102-5404

```
Invoice No.:  99911
Date       :  02/27/2009
TOTAL DUE  :    398.40
AFTER 4/13/2009 PAY :  458.16


Job No.    :  01-38052
Case No.   :
TAN vs. CITY & COUNTY OF S.F.
```

Remit To:   **ROBERT BARNES ASSOCIATES**
            **760 MARKET STREET, #844**
            **SAN FRANCISCO, CA 94102**

# EXHIBIT C



DENNIS J. HERRERA
City Attorney

# CHECK REQUEST

☐ **RUSH!!** 2/11/09

CHECK NEEDED BY:     Date: _____ Wednesday, ~~N, 2009~~ _____ Time: 11AM

MAKE CHECK PAYABLE TO:   **Mrs. Joon Lee Tan**
          Address:   **555 Farallon Avenue**
                     **Pacifica, CA   94044**

      Tax ID or SS#:   **[#]**

                     *$55.00*

IN THE AMOUNT OF:   $ ~~55.21~~ ($40 witness fee; $~~.585~~ .55 per mile (26 miles): ~~$55.21~~

   **Plaintiff's Expert?**   ☐ Yes   ☒ No

FOR:   ☒ See attached.  **Deposition witness fee (federal court)**   02/25/09

CHARGE TO:        Case Name:  **Remi Tan v. City and County of San Francisco, et al.**
                 Court Number:  **C 08-1564 MEJ**
                 File Number:  **081342**
                 Department:  **SFPD**

WHEN CHECK IS READY CALL:    Name:  **Mary Martin**
                           Number:  **4-3982**

Dated:  **Thursday, February 05, 2009**   REQUESTED BY:

                                    _____ , Deputy City Attorney
                                    MEGHAN K. HIGGINS



**FreeWheelin'**
ATTORNEY SERVICE

41 Sutter Street, Suite 1777
San Francisco, California 94104
(415) 487-1750  Fax: (415) 278-9918

# INVOICE
Invoice No. 53370

**Invoice Date:** March 19, 2009

**Client Code:** CA305

OFFICE OF THE CITY ATTORNEY
Attn: MEGHAN HIGGINS SB#235685
1390 MARKET ST., 6TH FLR.
SAN FFRANCISCO, CA        94102-

**Reference #:** 081342

**Case No:** C08-1564 SI

**Court:** UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA

**Plaintiff:** REMI TAN,

**Defendant:** CITY AND COUNTY OF SAN
FRANCISCO, ET AL.,

**Document(s):** SUBPOENA;

**Report:** SERVED COPIES TO TINA TSANG, 1262 21ST AVE., APT. A, SAN FRANCISCO, CA, ADVANCED
WITNESS FEES PER CLIENT'S REQUEST.

| Services Performed: | Qty | Price each | Total |
|---|---|---|---|
| Service of Process - S.F. Zone 4 | 1 | $45.00 | $45.00 |
| Vehicle Surcharge | 1 | $5.00 | $5.00 |
| | | **Fee Advance:** | $41.00 |
| | | **Fee Advance Charge:** | $5.00 |

|  | | |
|---|---|---|
| | **TOTAL INVOICE:** | $96.00 |
| 5/8/2009 | **PAYMENT(S):** | $96.00 |
| | **AMOUNT DUE:** | $0.00 |

Terms: Net 30 days



DENNIS J. HERRERA
City Attorney

# CHECK REQUEST

☐ **RUSH!!**

CHECK NEEDED BY:     Date:     January 19, 2010     Time:  **12 Noon**

MAKE CHECK PAYABLE TO:     Normann Petersen

Address:   232 McNear Circle

Petaluma, CA  94952

Tax ID or SS#:

IN THE AMOUNT OF:   $   *$ 78.00*

40 (Fed Crt fee + mileage = 76 miles @$.20 per mile: $15.20 - *.50*

TOTAL:  $56.00)

**Plaintiff's Expert?**   ☐ Yes     ☒ No

FOR:     ☐ See attached.   **Trial appearance fee (federal court)**     *03/08/10*

CHARGE TO:         Case Name:  **Remi Tan v. City and County of San Francisco, et al.**

Court Number:  **C 08-1564 MEJ**

File Number:  **081342**

Department:  **SFPD**

WHEN CHECK IS READY CALL:     Name:  **Mary Martin**

Number:  **554-3982**

Dated:  January 12, 2010          REQUESTED BY:

_____ , Deputy City Attorney
Meghan R. Higgins



**FreeWheelin'**
ATTORNEY SERVICE

41 Sutter Street, Suite 1777
San Francisco, California 94104
(415) 487-1750 Fax: (415) 278-9918

# INVOICE
Invoice No. 55775

**Invoice Date:** January 21, 2010

**Client Code:** CA305

OFFICE OF THE CITY ATTORNEY
Attn: MEGHAN HIGGINS SB#235685
1390 MARKET ST., 6TH FLR.
SAN FFRANCISCO, CA        94102-

**Reference #:** 081342

**Case No:** C08-1564 SI

**Court:** UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**Plaintiff:** REMI TAN,

**Defendant:** CITY AND COUNTY OF SAN FRANCISCO, ET AL.,

**Document(s):** SUBPOENA;

**Report:** SERVED COPIES TO JOON LEE TAN, 555 FARALLON AVE., PACIFICA, CA, ADVANCED WITNESS FEES (PER CLIENT'S REQUEST).

| Services Performed: | Qty | Price each | Total |
|---|---|---|---|
| Service of Process-Pacifica | 1 | $80.00 | $80.00 |
| Vehicle Surcharge | 1 | $5.00 | $5.00 |
| | | **Fee Advance:** | $48.00 |
| | | **Fee Advance Charge:** | $7.20 |

| | |
|---|---|
| **TOTAL INVOICE:** | **$140.20** |
| **PAYMENT(S):** | **$0.00** |
| **AMOUNT DUE:** | **$140.20** |

Terms: Net 30 days

# EXHIBIT D

# Document Services Unlimited

# Invoice

**268 Bush Street #2901**
**San Francisco, CA 94104**
**Tel: 415-398-2111    Fax:415-398-2221**

| DATE | INVOICE # |
|---|---|
| 2/28/2010 | 10SF226149 |

| BILL TO |
|---|
| **City and County of San Francisco**<br>**Fox Plaza, 1390 Market., 5th Floor**<br>**San Francisco, CA 94102-5408**<br>**Attn: Lesli Powers** |

| MATTER # |
|---|
| 081342 |

| REP | TERMS |
|---|---|
| MG | Net 30 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Photo blow-ups - Remi Tan v. CCSF (our file: 081342)** | | | |
| **Printing of Color Oversize (per sq. ft.)** | 21 | 10.00 | 210.00T |
| **Foam Board Mount (per sq. ft.)** | 21 | 5.00 | 105.00T |

|  | SUBTOTAL | $315.00 |
|---|---|---|
| **Thank you for your business.** | SALES TAX (9.5... | $29.93 |
| | **Total** | $344.93 |

BANK OF AMERICA, N.T. & S.A.
San Francisco, CA

# CITY AND COUNTY OF SAN FRANCISCO
PAYABLE AT ANY BANK IF PRESENTED WITHIN NINETY DAYS

1600-3867555

1600 -03867555

11-35
1210

DATE
03/15/2010

AY

SEVEN HUNDRED,
SEVENTEEN DOLLARS AND SEVENTY FIVE CENTS

AMOUNT

$ ********717.75

O THE
RDER OF

JAMES YEOMANS
450 GOLDEN GATE AVE 16TH FLR
SAN FRANCISCO CA 94102



CONTROLLER

⑈⑆⑆6003867555⑈⑆⑈ ⑆⑈121000358⑆⑈ 14990⑈80080⑈

| 20205 | 01 | 03/15/2010 | 1600 | 03867555 |

| OCUMENT NUMBER | DOC REF NUMBER | AMOUNT |
| ESCRIPTION | | |
| RCT1000124901 | | 717.75 |
| NVOICE *00000299* | | |

03/15/2010

717.75

JAMES YEOMANS
450 GOLDEN GATE AVE 16TH FLR
SAN FRANCISCO CA 94102

2-1600-11/08

DETACH BEFORE DEPOSITING

# ❋ *Video Transfer Center*

# Invoice

Video Transfer Center

395 South Van Ness Ave
San Francisco, CA 94103

| Date | Invoice # |
|------|-----------|
| 2/5/2009 | BB14559 |

| Bill To | Ship To |
|---------|---------|
| City & County of S. F. Attorney<br>Attn. Accounting Dept.<br>1390 Market St.  5th Floor<br>San Francisco, CA 94102 | City & County of S. F. Attorney<br>Attn: Gloria Spurgeon-Smith<br>1390 Market St. 7th Floor<br>San Francisco, CA 94102 |

*(handwritten, left margin: CAP - Pamong voice - over - time stamp)*

| REF Number | Terms | Rep | Ship | Via | VTC Job Box | Project |
|-----------|-------|-----|------|-----|-------------|---------|
| 081342 | Net | 67207 | 2/5/2009 | | | |

| Qty | Item Code | Description | Price E... | Amount |
|-----|-----------|-------------|-----------|--------|
| | NOTE | NOTE: Requested by  Gloria Spurgeon-Smith RE: Tan v. CCSF | USDC Case No.: C08-1564 | Billing: 081342 | 0.00 | 0.00T |
| 10 | AUD-TRANSCODE | Audio: Transcode Digital Audio Files | 2.50 | 25.00T |
| 1 | CDB | Custom Data CD Burn | 7.50 | 7.50T |

*(stamp: OK TO PAY  FILE #: 081342  BY: _____  2-10-09)*

| | |
|---|---|
| **Subtotal** | $32.50 |
| **Sales Tax  (8.5%)** | $2.76 |
| **Total** | $35.26 |
| **Balance Due** | $35.26 |

| Phone # | Fax # | E-Mail | Web Site |
|---------|-------|--------|----------|
| 415-558-8815 | 415-558-8993 | buck@vtc-sf.com | www.vtc-sf.com |