1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3 | MEGHAN K. HIGGINS, State Bar #235685
BLAKE P. LOEBS, State Bar #145790
4 | Deputy City Attorneys
Fox Plaza
5 | 1390 Market Street, 6th Floor
San Francisco, California 94102-5408
6 | Telephone:   (415) 554-3896 (Higgins)
Telephone:   (415) 554-3868 (Loebs)
7 | Facsimile:   (415) 554-3837
E-Mail:       Meghan.Higgins@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
OFFICERS CHEUNG AND WU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMI TAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, OFFICER BOBBY C. CHEUNG (#208), OFFICER WU (#18), and DOES 1-40,<br><br>　　　　Defendants. | Case No. C 08-1564 MEJ<br><br>**DEFENDANTS' NOTICE OF SUBMITTED BILL OF COSTS [CIVIL LOCAL RULE 7-13]**<br><br>Trial Date:　　　　March 8, 2010 |

1 | TO THE CLERK OF COURT:

2 |     PLEASE TAKE NOTICE under Civil Local Rule 7-13 that the bill of costs filed by defendants City and County of San Francisco, Bobby Cheung, and Eddie Wu has been under submission with the Court since Defendants filed the bill of costs on March 24, 2010.

Dated: December 7, 2010

```
                                    DENNIS J. HERRERA
                                    City Attorney
                                    JOANNE HOEPER
                                    Chief Trial Deputy
                                    MEGHAN K. HIGGINS
                                    BLAKE P. LOEBS
                                    Deputy City Attorneys


                              By: /s/ Meghan K. Higgins
                                    MEGHAN K. HIGGINS

                                    Attorneys for Defendants
                                    CITY AND COUNTY OF SAN FRANCISCO
                                    OFFICER WU
```